IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>AUSTIN KNUDSEN, et al.,<br><br>        Defendants. | CV 21–108–M–DWM<br><br>ORDER |

      This action was originally filed on September 22, 2021. (Doc. 1.) Following an extension of time to respond, (Doc. 6), Defendants moved to dismiss in lieu of answering, (Doc. 7). In responding to that motion, Plaintiffs filed a substantive brief, (Doc. 13), as well as a First Amended Complaint, (Doc. 14). *See* Fed. R. Civ. P. 15(a)(1)(B). Accordingly,

      IT IS ORDERED that the motion to dismiss (Doc. 7) is DENIED as MOOT.

      IT IS FURTHER ORDERED that a response to the First Amended Complaint is due on or before **November 10, 2021**. If a second motion to dismiss

is filed, Plaintiffs shall have until **November 17, 2021** to respond and Defendants will have until **November 24, 2021** to file a reply, if any.

DATED this 2nd day of November, 2021.

_____
Donald W. Molloy, District Judge
United States District Court