IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>and<br><br>MONTANA NURSES ASSOCIATION,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>AUSTIN KNUDSEN, et al.,<br><br>Defendants. | CV 21–108–M–DWM<br><br>ORDER |

    Defendants Austin Knudsen and Laurie Esau have moved to dismiss the First Amended Complaint filed by Plaintiffs. (Doc. 20.) Since Defendants filed the motion to dismiss, the Court granted the Montana Nurses Association's motion to intervene and noted that "[i]f Defendants seek to dismiss the Nurses' complaint on grounds previously raised in response to Plaintiffs' complaint, the parties need not submit additional briefing on arguments previously addressed as those arguments shall be deemed incorporated by reference." (Doc. 26 at 3.) However,

1

more than 21 days has passed since Plaintiff-Intervenor's complaint was deemed lodged, and Defendants have not filed any sort of response. Accordingly,

IT IS ORDERED that Defendants must file a response to Plaintiff-Intervenor's complaint no later than January 5, 2022. Any response from Plaintiff-Intervenor shall be due no later than January 14, 2022.

IT IS FURTHER ORDERED that a hearing on Defendants' motion to dismiss, (Doc. 20), is set for Friday, January 21, 2022 at 1:30 p.m. at the Russell Smith Courthouse in Missoula, Montana. Plaintiffs shall be given 30 minutes to argue, Plaintiff-Intervenor shall be given 10 minutes to argue, and Defendants shall be given 40 minutes to argue.

DATED this 29th day of December, 2021.

14:26 P.M.

Donald W. Molloy, District Judge
United States District Court