IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, et al., | CV 21–108–M–DWM |
| Plaintiffs, | |
| and | ORDER |
| MONTANA NURSES ASSOCIATION, | |
| Plaintiff-Intervenor, | |
| vs. | |
| AUSTIN KNUDSEN, et al., | |
| Defendants. | |

Counsel for Plaintiff-Intervenor Montana Nurses Association filed an unopposed motion for leave to appear remotely at the hearing on Defendants' motions to dismiss set for January 21, 2022. The basis of the request for leave to appear remotely is counsel's ongoing exposure to individuals with COVID-19. Accordingly,

IT IS ORDERED that Plaintiff-Intervenors' motion, (Doc. 32), is GRANTED. Counsel for Plaintiff-Intervenors may appear via Zoom at the

1

January 21 hearing. The Clerk of Court shall notify counsel via email of the meeting ID and password within 24 hours of the hearing.

DATED this 19th day of January, 2022.

                                        Donald W. Molloy, District Judge
                                        United States District Court