AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
  *Solicitor General*
CHRISTIAN B. CORRIGAN
  *Assistant Solicitor General*
BRENT MEAD
  *Assistant Solicitor General*
ALWYN LANSING
  *Assistant Attorney General*
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
david.dewhirst@mt.gov
christian.corrigan@mt.gov.
brent.mead2@mt.gov
alwyn.lansing@mt.gov

EMILY JONES
  *Special Assistant Attorney General*
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: 406-384-7990
emily@joneslawmt.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, ET. AL., <br><br> PLAINTIFFS, <br><br> AND <br><br> MONTANA NURSES ASSOCIATION, <br><br> PLAINTIFF-INTERVENORS, <br><br> V. <br><br> AUSTIN KNUDSEN, ET AL., <br><br> DEFENDANTS. | CV-21-108-M-DWM <br><br><br> **DEFENDANTS' REQUEST FOR EXPEDITED RULING ON THEIR MOTION FOR CLARIFICATION** |

Defendants respectfully request an expedited ruling on their pending Motion for Clarification of the Preliminary Injunction, filed on April 11, 2022. *See* Doc. 54; Doc. 55. Defendants specifically request that the Court issue a ruling by Friday April 29, 2022.

As discussed in Defendants' Motion for Clarification and Brief in Support, at least one health care provider in Montana is requiring employees to receive a COVID-19 booster dose by Monday May 1, 2022. *See* Doc. 55 at 2; Doc. 56 (Benefis Memo). Defendants believe this violates MCA § 49-2-312 and is not covered by the Court's March 18 Preliminary Injunction Order because the CMS Rule, by its plain terms, only requires staff to receive the primary COVID-19 vaccination series. *See* Doc. 55 at 3–5. Defendants, thus, believe it is imperative that the Court provide clarity prior to May 1, 2022, so that covered health care employees protected by MCA § 49-2-312 do not suffer irreparable harm.[1]

DATED this 11th day of April, 2022.

Respectfully submitted.

*/s/ Christian Corrigan*
CHRISTIAN B. CORRIGAN

---

[1] Plaintiffs and Plaintiffs-Intervenors oppose Defendants' Motion for Clarification. Pursuant to Local Rule 7.1(d)(1)(b)(II), Plaintiffs' Response to Defendants' Motion for Clarification is currently due on April 25, 2022.

DEFENDANTS' REQUEST FOR EXPEDITED CONSIDERATION| 1

*Assistant Solicitor General*
P.O. Box 201401
Helena, MT 59620-1401
christian.corrigan@mt.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: April 11, 2022          /s/    *Christian Corrigan*
                               CHRISTIAN CORRIGAN