Justin K. Cole
Kathryn S. Mahe
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT 59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
jkcole@garlington.com
ksmahe@garlington.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> and <br><br> MONTANA NURSES ASSOCIATION, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> AUSTIN KNUDSEN, et al., <br><br> Defendants. | Case No. CV 21-00108-DWM <br><br><br> NOTICE RE: HANDLING OF EXPERT TESTIMONY |

Pursuant to the Court's Scheduling Order (Doc. 77), Plaintiffs respectfully

provide notice that Plaintiffs and Plaintiff-Intervenor stipulate to the Court's

1


proposed handling of expert testimony, as they believe this will expedite trial and could facilitate the expeditious resolution of certain pre-trial matters.  That is, expert reports that are not excluded pretrial through motions in limine will serve each expert's direct testimony, subject to live cross examination.  Defendants' counsel has been contacted and indicated that Defendants do not, at this time, stipulate to this procedure.

      DATED this 27th day of May, 2022.

                                  /s/  Justin K. Cole
                                Attorneys for Plaintiffs