AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
  *Solicitor General*
CHRISTIAN B. CORRIGAN
  BRENT MEAD
  *Assistant Solicitor Generals*
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
david.dewhirst@mt.gov
christian.corrigan@mt.gov.
brent.mead2@mt.gov

EMILY JONES
  *Special Assistant Attorney General*
Jones Law Firm, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: 406-384-7990
emily@joneslawmt.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, ET. AL., <br><br> PLAINTIFFS, <br><br> AND <br><br> MONTANA NURSES ASSOCIATION, <br><br> PLAINTIFF-INTERVENORS, <br><br> V. <br><br> AUSTIN KNUDSEN, ET AL., <br><br> DEFENDANTS. | CV-21-108-M-DWM <br><br><br> **DEFENDANT'S NOTICE RE: HANDLING OF EXPERT TESTIMONY** |

Pursuant to the Court's Scheduling Order, (Doc. 77), and consistent with the representations made by opposing counsel, (Doc. 78), Defendants do not, at this time, stipulate to treating expert reports as each expert's direct testimony, subject to live cross examination.

DATED this 27th day of May, 2022.

>Austin Knudsen
>Montana Attorney General
>
>DAVID M.S. DEWHIRST
> Solicitor General
>
>*/s/Brent Mead*
>BRENT MEAD
>CHRISTIAN CORRIGAN
> Assistant Solicitor Generals
>P.O. Box 201401
>Helena, MT 59620-1401
>christian.corrigan@mt.gov.
>brent.mead2@mt.gov
>
>EMILY JONES
>  *Special Assistant Attorney General*
>115 N. Broadway, Suite 410
>Billings, MT 59101
>Phone: (406) 384-7990
>emily@joneslawmt.com
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: May 27, 2022          /s/Brent Mead
                                                  BRENT MEAD