Justin K. Cole
Kathryn S. Mahe
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
jkcole@garlington.com
ksmahe@garlington.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, et al.,<br><br>  Plaintiffs,<br><br>and<br><br>MONTANA NURSES ASSOCIATION,<br><br>  Plaintiff-Intervenors,<br><br>v.<br><br>AUSTIN KNUDSEN, et al.,<br><br>  Defendants. | CV 21-108-M-DWM<br><br><br>DECLARATION OF MARK CARPENTER |

I, Mark Carpenter, declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct:

1. I am a Plaintiff in the above-entitled action. The facts set forth in this Declaration are known to me based on my personal knowledge and belief.

2. I was diagnosed with Chronic Kidney Disease in 2016. In 2017, I underwent a kidney transplant procedure at Virginia Mason Hospital in Seattle.

3. As part of this procedure, I have been required to take immunosuppressants to prevent rejection of the transplanted organ.

4. My kidney transplant has impacted my major life activities.

5. As a result of my transplant, I have been advised by my medical providers that I am more susceptible to infectious diseases and at higher risk of harm from such diseases.

6. I have been informed by my health care providers that I should avoid contact with unvaccinated individuals.

7. I have taken a number of steps to avoid contracting disease during the present pandemic, including not attending large gatherings, isolating to the extent I can in my remote cabin on Salmon Lake, keeping interactions to small groups of friends and family who are all fully vaccinated and exercise caution, and avoiding individuals not fully vaccinated and who did not take additional precautions to

reduce risk of infection.

DATED this __25__ day of August, 2022.

_____
Mark Carpenter