AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
  *Solicitor General*
CHRISTIAN B. CORRIGAN
  *Deputy Solicitor General*
BRENT MEAD
 *Assistant Solicitor General*
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
david.dewhirst@mt.gov
christian.corrigan@mt.gov
brent.mead2@mt.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, ET. AL., *Plaintiffs*, and MONTANA NURSES ASSOCIATION, *Plaintiff-Intervenors*, v. AUSTIN KNUDSEN, ET AL., *Defendants*. | No. CV-21-108-M-DWM **DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Fed. R. Civ. P. 56, Defendants respectfully move for summary judgment on Claims I, II, III, IV, V, VI, VII, VIII(a), and VIII(b) of Plaintiffs' Second Amended Complaint and Plaintiff-Intervenor's First Amended Complaint. There are no material facts in dispute, and Defendants are entitled to judgment as a matter of law. This Motion is supported by Defendants' Brief in Support of Motion for Partial Summary Judgment, Statement of Undisputed Facts, and Declaration of Brent Mead.

DATED this 26th day of August, 2022.

> Austin Knudsen
> Montana Attorney General
>
> DAVID M.S. DEWHIRST
>   Solicitor General
>
> CHRISTIAN CORRIGAN
>   Deputy Solicitor General
>
> */s/Brent Mead*
> BRENT MEAD
>   *Assistant Attorney General*
> P.O. Box 201401
> Helena, MT 59620-1401
> david.dewhirst@mt.gov
> christian.corrigan@mt.gov.
> brent.mead2@mt.gov
>
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: August 26, 2022 /s/ *Brent Mead*
BRENT MEAD