# Exhibit 3

**Bill Draft Number:** LC1472
**Bill Type - Number:** HB 702
**Short Title:** Prohibit discrimination based on vaccine status or possessing immunity passport
**Primary Sponsor:** Jennifer Carlson  (R) HD 69
**Chapter Number:** 418

## Bill Actions - Current Bill Progress: Became Law

**Bill Action Count:** 75

| Action - Most Recent First | Date | Votes Yes | Votes No | Committee |
|---|---|---|---|---|
| Chapter Number Assigned | 05/07/2021 | | | |
| (H) Signed by Governor | 05/07/2021 | | | |
| (H) Transmitted to Governor | 05/04/2021 | | | |
| (S) Signed by President | 05/04/2021 | | | |
| (H) Signed by Speaker | 05/04/2021 | | | |
| (C) Printed - Enrolled Version Available | 04/30/2021 | | | |
| (H) Returned from Enrolling | 04/30/2021 | | | |
| (H) Sent to Enrolling | 04/29/2021 | | | |
| (S) Returned to House Concurred in Governor's Proposed Amendments | 04/29/2021 | | | |
| (S) 3rd Reading Governor's Proposed Amendments Adopted | 04/29/2021 | 31 | 19 | |
| (S) 2nd Reading Governor's Proposed Amendments Adopted | 04/29/2021 | 31 | 19 | |
| (S) Scheduled for 2nd Reading | 04/29/2021 | | | |
| (H) Transmitted to Senate for Consideration of Governor's Proposed Amendments | 04/28/2021 | | | |
| (H) 3rd Reading Governor's Proposed Amendments Adopted | 04/28/2021 | 64 | 32 | |
| (H) Scheduled for 3rd Reading | 04/28/2021 | | | |
| (H) 2nd Reading Governor's Proposed Amendments Adopted | 04/28/2021 | 65 | 35 | |
| (H) Scheduled for 2nd Reading | 04/28/2021 | | | |
| (H) Returned with Governor's Proposed Amendments | 04/28/2021 | | | |
| (H) Transmitted to Governor | 04/28/2021 | | | |
| (S) Signed by President | 04/28/2021 | | | |

| Action | Date | | | Committee |
|---|---|---|---|---|
| (H) Signed by Speaker | 04/28/2021 | | | |
| (C) Printed - Enrolled Version Available | 04/27/2021 | | | |
| (H) Returned from Enrolling | 04/27/2021 | | | |
| (H) Sent to Enrolling | 04/26/2021 | | | |
| (H) 3rd Reading Passed as Amended by Senate | 04/26/2021 | 67 | 32 | |
| (H) Scheduled for 3rd Reading | 04/26/2021 | | | |
| (H) 2nd Reading Senate Amendments Concurred | 04/26/2021 | 67 | 33 | |
| (H) Scheduled for 2nd Reading | 04/26/2021 | | | |
| (S) Returned to House with Amendments | 04/23/2021 | | | |
| (S) 3rd Reading Concurred | 04/23/2021 | 32 | 18 | |
| (S) Scheduled for 3rd Reading | 04/23/2021 | | | |
| (C) Printed - New Version Available | 04/22/2021 | | | |
| (S) 2nd Reading Concurred as Amended | 04/22/2021 | 31 | 19 | |
| (S) 2nd Reading Motion to Amend Carried | 04/22/2021 | 29 | 21 | |
| (S) 2nd Reading Motion to Amend Carried | 04/22/2021 | 30 | 20 | |
| (S) 2nd Reading Motion to Amend Failed | 04/22/2021 | 25 | 25 | |
| (S) Scheduled for 2nd Reading | 04/22/2021 | | | |
| (C) Printed - New Version Available | 04/20/2021 | | | |
| (S) Committee Report--Bill Concurred as Amended | 04/20/2021 | | | (S) Public Health, Welfare and Safety |
| (S) Committee Executive Action--Bill Concurred as Amended | 04/20/2021 | 6 | 3 | (S) Public Health, Welfare and Safety |
| (S) Hearing | 04/12/2021 | | | (S) Public Health, Welfare and Safety |
| (S) Referred to Committee | 04/09/2021 | | | (S) Public Health, Welfare and Safety |
| (S) First Reading | 04/06/2021 | | | |
| (H) Transmitted to Senate | 04/06/2021 | | | |
| (H) 3rd Reading Passed | 04/06/2021 | 62 | 33 | |
| (H) Scheduled for 3rd Reading | 04/06/2021 | | | |
| (C) Printed - New Version Available | 04/01/2021 | | | |
| (H) 2nd Reading Passed as Amended | 04/01/2021 | 66 | 34 | |
| (H) 2nd Reading Motion to Amend Carried | 04/01/2021 | 99 | 1 | |
| (H) Scheduled for 2nd Reading | 04/01/2021 | | | |
| (C) Amendments Available | 04/01/2021 | | | |
| (H) Committee Report--Bill Passed | 03/31/2021 | | | (H) Judiciary |
| (H) Sponsor List Modified | 03/31/2021 | | | |

| | | | |
|---|---|---|---|
| (H) Committee Executive Action--Bill Passed | 03/31/2021 | 12 | 7 (H) Judiciary |
| (H) Hearing | 03/31/2021 | | (H) Judiciary |
| (C) Introduced Bill Text Available Electronically | 03/29/2021 | | |
| (H) First Reading | 03/29/2021 | | |
| (H) Referred to Committee | 03/29/2021 | | (H) Judiciary |
| (H) Introduced | 03/29/2021 | | |
| (C) Draft Delivered to Requester | 03/29/2021 | | |
| (C) Draft Ready for Delivery | 03/26/2021 | | |
| (C) Executive Director Final Review | 03/26/2021 | | |
| (C) Draft Ready for Delivery | 03/26/2021 | | |
| (C) Draft in Assembly | 03/26/2021 | | |
| (C) Executive Director Review | 03/26/2021 | | |
| (C) Bill Draft Text Available Electronically | 03/26/2021 | | |
| (C) Draft in Final Drafter Review | 03/26/2021 | | |
| (C) Draft in Input/Proofing | 03/26/2021 | | |
| (C) Draft to Drafter - Edit Review | 03/23/2021 | | |
| (C) Draft in Edit | 03/23/2021 | | |
| (C) Draft in Legal Review | 03/23/2021 | | |
| (C) Draft to Requester for Review | 03/17/2021 | | |
| (C) Draft Taken Off Hold | 03/05/2021 | | |
| (C) Draft On Hold | 02/11/2021 | | |
| (C) Draft Request Received | 12/01/2020 | | |

# Sponsor, etc.

| Sponsor, etc. | Last Name/Organization | First Name Mi |
|---|---|---|
| Requester | Hinkle | Jedediah |
| Drafter | Sandru | Alexis |
| Primary Sponsor | Carlson | Jennifer |

# Subjects

| Description | Revenue/Approp. | Vote Majority Req. | Subject Code |
|---|---|---|---|
| Appropriations (see also: State Finance) | Appropriation | Simple | APP |

| | | |
|---|---|---|
| Health (see also: Health Care Services; Safety) | Simple | HLTH |
| Local Government (see also: City Subjects; County Subjects) | Simple | LG |
| Safety (see also: Health) | Simple | SAF |
| State Government | Simple | STGO |

## Additional Bill Information

**Fiscal Note Probable:** No
**Preintroduction Required:** N
**Session Law Ch. Number:** 418
*DEADLINE*
**Category:** Appropriation Bills
**Transmittal Date:** 04/08/2021
**Return (with 2nd house amendments) Date:** 04/29/2021

## Section Effective Dates

| Section(s) | Effective Date | Date Qualified |
|---|---|---|
| Sections 1,2, and 4-6 | 07-MAY-21 | |
| Section 3 | 01-JUL-21 | |

(available online at:
http://laws.leg.mt.gov/legprd/LAW0203W$BSRV.ActionQuery?P_SESS=20211&P_BLTP_BILL_TYP_CD=HB&P_BILL_NO=702&P_BILL_DFT_NO=&P_CHPT_NO=&Z_ACTION=Find&P_ENTY_ID_SEQ2=&P_SBJT_SBJ_CD=&P_ENTY_ID_SEQ=&P_PRNT_FRNDLY_PG=Y)