# Exhibit 6

AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
  Solicitor General
CHRISTIAN B. CORRIGAN
  BRENT MEAD
  Assistant Solicitor Generals
P.O. Box 201401
Helena, MT 59620-1401
Phone:  406-444-2026
Fax:  406-444-3549
david.dewhirst@mt.gov
christian.corrigan@mt.gov.
brent.mead2@mt.gov

EMILY JONES
  Special Assistant Attorney General
Jones Law Firm, PLLC
115 N. Broadway, Suite 410
Billings, MT  59101
Phone:  406-384-7990
emily@joneslawmt.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, ET. AL., *Plaintiffs,* and MONTANA NURSES ASSOCIATION, *Plaintiff-Intervenors,* v. AUSTIN KNUDSEN, ET AL., DEFENDANTS. | No. CV-21-108-M-DWM **EXPERT REPORT OF DR. JAYANTA BHATTACHARYA** |

# EXPERT REPORT OF DR. JAYANTA BHATTACHARYA
## EXPERIENCE & CREDENTIALS

1.  I am a former Professor of Medicine and current Professor of Health Policy at Stanford University School of Medicine and a research associate at the National Bureau of Economic Research. I am also the Director of Stanford's Center for Demography and Economics of Health and Aging. I hold an M.D. and Ph.D. from Stanford University. I have published 160 scholarly articles in peer-reviewed journals in the fields of medicine, economics, health policy, epidemiology, statistics, law, and public health, among others. My research has been cited in the peer-reviewed scientific literature more than 13,300 times. My curriculum vitae is attached to this declaration as Exhibit A.

2.  I have dedicated my professional career to analyzing health policy, including infectious disease epidemiology and policy, and the safety and efficacy of medical interventions. I have studied extensively and commented publicly on the necessity and safety of vaccine requirements for those who have contracted and recovered from COVID-19 (individuals who have "recovered immunity,"

sometimes called "natural immunity"). I am familiar with the emergent scientific and medical literature on this topic and pertinent government policy responses to the issue both in the United States and abroad.

3.     My assessment of vaccine immunity is based on studies on the efficacy and safety of the two vaccines to receive full approval from the Food and Drug Administration (FDA) and the one vaccine for which the FDA has granted Emergency Use Authorization (EUA) for use in the United States. These include two mRNA-technology vaccines (manufactured by Pfizer-BioNTech and Moderna) and an adenovirus-vector vaccine technology (manufactured by Johnson & Johnson). Of those, the Pfizer vaccine, also known as Comirnaty, and Moderna vaccine have full FDA approval.

4.     I have been asked to provide my opinion on several matters related to the use of one of the COVID-19 vaccines above:

- Based on current medical and scientific knowledge, the risk SARS-CoV-2 virus poses to different population groups;

- Whether, based on the current medical and scientific

knowledge, vaccines effectively protect against infection (and therefore disease spread);

- Whether, based on the current medical and scientific knowledge, immunity after COVID recovery is categorically inferior to vaccine immunity to prevent reinfection and transmission of the SARS-CoV-2 virus;

- Whether, based on the existing medical and scientific understanding of SARS-CoV-2 transmission and recovery, there is any categorical distinction between recovered immunity and vaccine immunity;

- Whether there is scientific evidence to support the notion that immunity provided by COVID recovery should not be considered as a reason to be excused from a vaccine mandate;

- Whether, based on the current medical and scientific knowledge, Omicron presents a grave danger to the population; and

- Whether, based on the current medical and scientific knowledge, vaccines are effective at preventing Omicron infections.

- Whether, based on the current medical and scientific knowledge, healthcare staff and the public's vaccination status affects the spread and transmission of COVID-19 within healthcare settings.

5.   I can summarize my opinions briefly. The scientific evidence strongly indicates that for the vast majority of children and young adults, COVID-19 infection poses less mortality risk than seasonal influenza; while the COVID vaccines are effective at protecting vaccinated individuals against severe disease, they provide only short-lasting and limited protection versus infection and disease transmission; the recovery from COVID disease provides strong and lasting protection against severe disease (hospitalization or death) if reinfected, at least as good and likely better than the protection offered by the COVID vaccines; requiring vaccines for COVID recovered patients, thus, provides only a limited benefit while exposing them to the risks associated with the

vaccination; Omicron does not present a grave danger to most of the population; and vaccines are ineffective at preventing Omicron infections.

6.    I have not and will not receive any financial or other compensation to prepare this report or to testify in this case. Nor have I received compensation for preparing declarations or reports or for testifying in *any* other case related to the COVID-19 pandemic or any personal or research funding from any pharmaceutical company. My participation here has been motivated solely by my commitment to public health, just as my involvement in other cases has been.

## OPINIONS

### I.    COVID-19 Infection Fatality Risk

7.    SARS-CoV-2, the virus that causes COVID-19 infection, entered human circulation in 2019 in China. The virus itself is a member of the coronavirus family of viruses, several of which cause typically mild respiratory symptoms upon infection in humans. The SARS-CoV-2 virus, by contrast, induces a wide range of clinical responses upon infection. These presentations range from entirely

asymptomatic infection to mild upper respiratory disease with unusual symptoms like loss of sense of taste and smell, hypoxia, or a deadly viral pneumonia that is the primary cause of death due to SARS-CoV-2 infection.

8.   The mortality danger from COVID-19 infection varies substantially by age and a few chronic disease indicators.[1] For most of the population, including the vast majority of children and young adults, COVID-19 infection poses less mortality risk than seasonal influenza. By contrast, for older people – especially those with severe comorbid chronic conditions – COVID-19 infection poses a high infection fatality risk, on the order of 5%.

9.   The best evidence on the infection fatality rate from SARS-CoV-12 infection (that is, the fraction of infected people who die due to the infection) comes from seroprevalence studies. The definition of seroprevalence of COVID-19 is the fraction of people in a population who have specific antibodies against SARS-CoV-2 in

---

[1] Public Health England (2020) Disparities in the Risk and Outcomes of COVID-19. August 2020.
https://assets.publishing.service.gov.uk/government/uploads/syste m/uploads/attachment_data/file/908434/Disparities_in_the_risk_a nd_outcomes_of_COVID_August_2020_update.pdf

their bloodstream. A seroprevalence study measures the fraction of a population with antibodies produced specifically by people infected by the SARS-CoV-2 virus. Specific antibodies in blood provide excellent evidence that an individual was previously infected.

10.     Seroprevalence studies provide better evidence on the total number of people who have been infected than do case reports or positive reverse transcriptase-polymerase chain reaction (RT-PCR) test counts. PCR tests are the most common test used to check whether a person currently has the virus or viral fragments in their body (typically in the nasopharynx). The PCR test should not be used to count the total number of people infected to date in a population. Case reports and PCR test counts both miss infected people who are not identified by the public health authorities or who do not volunteer for RT-PCR testing. That is, they miss people who were infected but recovered from the condition without coming to the attention of public health authorities. Because they ignore unreported infections, fatality rate estimates based on case reports

or positive test counts are substantially biased toward reporting a higher fatality rate.

11.    According to a meta-analysis[2] by Dr. John Ioannidis of every seroprevalence study conducted to date of publication with a supporting scientific paper (74 estimates from 61 studies and 51 different localities worldwide), the median infection survival rate—the inverse of the infection fatality rate—from COVID-19 infection is 99.77%. For COVID-19 patients under 70, the meta-analysis finds an infection survival rate of 99.95%. A separate meta-analysis[3] by other scientists independent of Dr. Ioannidis' group reaches qualitatively similar conclusions.

12.    A study of the seroprevalence of COVID-19 in Geneva, Switzerland (published in *The Lancet*)[4] provides a detailed age

---

[2] John P.A. Ioannidis , *The Infection Fatality Rate of COVID- 19 Inferred from Seroprevalence Data*, Bulletin of the World Health Organization BLT 20.265892.

[3] Andrew T. Levin, et al., *Assessing the Age Specificity of Infection Fatality Rate for COVID- 19: Meta-Analysis & Public Policy Implications* (Aug. 14, 2020) MEDRXIV, http://bit.ly/3gplolV.
[4] Silvia Stringhini, et al., *Seroprevalence of Anti-SARS-CoV-2 lgG Antibodies in Geneva, Switzerland (SEROCoV-POP): A Population Based Study* (June 11, 2020) THE LANCET, https://bit.ly/3187S13.

breakdown of the infection survival rate in a preprint companion paper:[5] 99.9984% for patients 5 to 9 years old; 99.99968% for patients 10 to 19 years old; 99.991% for patients 20 to 49 years old; 99.86% for patients 50 to 64 years old; and 94.6% for patients above 65.

13.    I estimated the age-specific infection fatality rates from the Santa Clara County seroprevalence study[6] data (for which I am the senior investigator). The infection survival rate is 100% among people between 0 and 19 years (there were no deaths in Santa Clara in that age range up to that date); 99.987% for people between 20 and 39 years; 99.84% for people between 40 and 69 years; and 98.7% for people above 70 years.

---

[5] Francisco Perez-Saez, et al. *Serology- Informed Estimates of SARS-COV-2 Infection Fatality Risk in Geneva, Switzerland* (June 15,2020) OSF PREPRINTS, http://osf.io/wdbpe/

[6] Eran Bendavid, et al., *COVID- 19 Antibody Seroprevalence in Santa Clara County, California* (April 30,2020) INT J EPIDEMIOL. 2021 May 17;50(2):410-419. doi: 10.1093/ije/dyab010. PMID: 33615345; PMCID: PMC7928865. https://pubmed.ncbi.nlm.nih.gov/33615345/

14.    Those numbers are consistent with what the US CDC has reported. A US CDC report[7] found between 6 and 24 times more SARS-CoV-2 infections than cases reported between March and May 2020. Correspondingly, the CDC's estimate of the infection fatality rate for people ages 0-19 years is 0.003%, meaning infected children have a 99.997% survivability rate. For people ages 20-49 years, it was 0.02%, meaning that young adults have a 99.98% survivability rate. For people ages 50-69 years, it was 0.5%, meaning this age group has a 99.5% survivability rate. Finally, for people ages 70+ years, it was 5.4%, meaning seniors have a 94.6% survivability rate.[8]   There is, thus, no substantial qualitative disagreement about the infection fatality rate reported by the CDC and other sources in the scientific literature. This should come as no surprise since they all rely on seroprevalence studies to estimate infection fatality rates. All of these mortality rate estimates are

---

[7] Fiona P. Havers, et al., *Seroprevalence of Antibodies to SARS-CoV-2 in 10 Sites in the United States, March 23-May 12, 2020* (Jul. 21, 2020) JAMA INTERN MED., https://bit.ly/3goZUgy.

[8] COVID- 19 Pandemic Planning Scenarios, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/hcp/planning-scenarios.html.

derived from data before the emergence of the Omicron variant, which has caused lower mortality per infection than previous variants.

15.   It is helpful to provide some context for how large the mortality risk COVID infection poses relative to the risk posed by other infectious diseases. Since seroprevalence-based mortality estimates are not readily available for every disease, I plot case fatality rates in the figure immediately below, defined as the number of deaths due to the disease divided by the number of identified or diagnosed cases of that disease. The case fatality rate for SARS-CoV-2 is ~2% (though that number has decreased with the availability of vaccines and effective treatments). By contrast, the case fatality rate for SARS is over five times higher than that, and for MERS, it is 16 times higher.



16.    Perhaps the most important implication of these estimates is that they identify two distinct populations of people who face a very different risk from COVID infection. One segment – the elderly and others with severe chronic disease – faces a higher mortality risk if infected (especially if unvaccinated and not COVID recovered). A second segment – typically non-elderly people – faces a low mortality risk if infected. Instead, it faces much greater harm from lockdowns, school closures, and other non-pharmaceutical

interventions than COVID infection. The right strategy, then, is focused protection of the vulnerable population by prioritizing them for vaccination while lifting lockdowns and other restrictions on activities for the rest since they cause harm without corresponding benefit for the non-vulnerable. The Great Barrington Declaration, of which I am a primary co-author, describes an alternate policy of focused protection. This policy would lead to fewer COVID-related deaths and fewer non-COVID-related deaths than universal lockdowns or a strategy that lets the virus rip through the population. My co-authors of this Declaration include Prof. Martin Kulldorff of Harvard University and Prof. Sunetra Gupta of Oxford University. Over 15,000 epidemiologists and public health professionals and 50,000 medical professionals have co-signed the Declaration.[9]

## II.  Recovered immunity Provides Durable Protection Against Reinfection and Against Severe Outcomes If Reinfected; COVID-19 Vaccines Provide Limited Protection Against Infection but Durable Protection Against Severe Outcomes if Infected.

---

[9] Bhattacharya J, Gupta S, Kulldorff M (2020) Great Barrington Declaration. https://gbdeclaration.org

17.   Both vaccine-mediated immunity and recovered immunity provide extensive protection against severe disease from subsequent SARS-CoV-2 infection. There is no reason to presume, however, that vaccine immunity offers a higher level of protection than recovered immunity. Since vaccines arrived one year after the disease, there is stronger evidence for long-lasting immunity from recovered immunity than from the vaccines.

18.   Both types of immunity are based on the same basic immunological mechanism—stimulating the immune system to generate an antibody response. In clinical trials, the efficacy of those vaccines was initially tested by comparing the antibody levels in the blood of vaccinated individuals to those who had recovered immunity. Later Phase III studies of the vaccines established 94%+ clinical efficacy of the mRNA vaccines against symptomatic COVID

illness.[10] [11]   A Phase III trial showed 85% efficacy for the Johnson & Johnson adenovirus-based vaccine against symptomatic disease.[12]

19.   Immunologists have identified many immunological mechanisms of immune protection after recovery from infections. Studies have demonstrated prolonged immunity with respect to

---

[10] Baden, L. R., El Sahly, H. M., Essink, B., Kotloff, K., Frey, S., Novak, R., Diemert, D., Spector, S. A., Rouphael, N., Creech, C. B., McGettigan, J., Khetan, S., Segall, N., Solis, J., Brosz, A., Fierro, C., Schwartz, H., Neuzil, K., Corey, L., Zaks, T. for the COVE Study Group (2021). Efficacy and Safety of the mRNA-1273 SARS-CoV-2 Vaccine. *The New England Journal of Medicine*, *384*(5), 403-416. doi: 10.1056/NEJMoa2035389

[11] Polack, F. P., Thomas, S. J., Kitchin, N., Absalon, J., Gurtman, A., Lockhart, S., Perez, J. L., Pérez Marc, G., Moreira, E. D., Zerbini, C., Bailey, R., Swanson, K. A., Roychoudhury, S., Koury, K., Li, P., Kalina, W. V., Cooper, D., Frenck, R. W. Jr., Hammitt, L. L., Gruber, W. C. (2020). Safety and Efficacy of the BNT162b2 mRNA Covid-19 Vaccine. *The New England Journal of Medicine*, *387*(27), 2603-2615.  doi: 10.1056/NEJMoa2034577

[12] Sadoff, J., Gray, G., Vandebosch, A., Cárdenas, V., Shukarev, G., Grinsztejn, B., Goepfert, P. A., Truyers, C., Fennema, H., Spiessens, B., Offergeld, K., Scheper, G., Taylor, K. L., Robb, M. L., Treanor, J., Barouch, D. H., Stoddard, J., Ryser, M. F., Marovich, M. A., Douoguih, M. for the ENSEMBLE Study Group. (2021). Safety and Efficacy of Single-Dose Ad26.COV2.S Vaccine against Covid-19. *The New England Journal of Medicine*, *384*(23), 2187-2201. doi: 10.1056/NEJMoa2101544

memory T and B cells,[13] bone marrow plasma cells,[14] spike-specific neutralizing antibodies,[15] and IgG+ memory B cells[16] following naturally-acquired immunity.

_____

[13] Dan, J. M., Mateus, J., Kato, Y., Hastie, K. M., Yu, E. D., Faliti, C. E., Grifoni, A., Ramirez, S. I., Haupt, S., Frazier, A., Nakao, C., Rayaprolu, V., Rawlings, S. A., Peters, B., Krammer, F., Simon, V., Saphire, E. O., Smith, D. M., Weiskopf, D., Crotty, S. (2021). Immunological memory to SARS-CoV-2 assessed for up to 8 months after infection. *Science*, *371*, 1-13. doi: 10.1126/science.abf4063 (finding that memory T and B cells were present up to eight months after infection, noting that "durable immunity against secondary COVID-19 disease is a possibility in most individuals").

[14] Turner, J. S., Kim, W., Kalaidina, E., Goss, C. W., Rauseo, A. M., Schmitz, A. J., Hansen, L., Haile, A., Klebert, M. K., Pusic, I., O'Halloran, J. A., Presti, R. M. & Ellebedy, A. H. (2021). SARS-CoV-2 infection induces long-lived bone marrow plasma cells in humans. *Nature*, *595*(7867), 421-425. doi: 10.1038/s41586-021-03647-4 (study analyzing bone marrow plasma cells of recovered COVID-19 patients reported durable evidence of antibodies for at least 11 months after infection, describing "robust antigen-specific, long-lived humoral immune response in humans"); Callaway, E. (2021, May 26). Had COVID? You'll probably make antibodies for a lifetime. *Nature*. https://www.nature.com/articles/d41586-021-01442-9#:~:text=Many%20people%20who%20have%20been,recovered%20from%20COVID%2D191 ("The study provides evidence that immunity triggered by SARS-CoV-2 infection will be extraordinarily long-lasting" and "people who recover from mild COVID-19 have bone-marrow cells that can churn out antibodies for decades").

20.    Multiple extensive, peer-reviewed studies comparing natural and vaccine immunity have now been published. These studies overwhelmingly conclude that recovered immunity provides equivalent or greater protection against severe infection than immunity generated by mRNA vaccines (Pfizer and Moderna).

---

[15] Ripperger, T. J., Uhrlaub, J. E., Watanabe, M., Wong, R., Castaneda, Y., Pizzato, H. A., Thompson, M. R., Bradshaw, C., Weinkauf, C. C., Bime, C., Erickson, H. L., Knox, K., Bixby, B., Parthasarathy, S., Chaudhary, S., Natt, B., Cristan, E., El Aini, T., Rischard, F., Bhattacharya, D. (2020). Orthogonal SARS-CoV-2 serological assays enable surveillance of low-prevalence communities and reveal durable humor immunity. *Immunity*, *53*(5), 925-933. doi: 10.1016/j.immuni.2020.10.004 (study finding that spike and neutralizing antibodies remained detectable 5-7 months after recovering from infection).

[16] Cohen, K. W., Linderman, S. L., Moodie, Z., Czartoski, J., Lai, L., Mantus, G., Norwood, C., Nyhoff, L. E., Edara, V. V., Floyd, K., De Rosa, S. C., Ahmed, H., Whaley, R., Patel, S. N., Prigmore, B., Lemos, M. P., Davis, C. W., Furth, S., O'Keefe, J., McElrath, M. J. (2021). Longitudinal analysis shows durable and broad immune memory after SARS-CoV-2 infection with persisting antibody responses and memory B and T cells. *medRxiv*, Preprint. (study of 254 recovered COVID patients over 8 months "found a predominant broad-based immune memory response" and "sustained IgG+ memory B cell response, which bodes well for rapid antibody response upon virus re-exposure." "Taken together, these results suggest that broad and effective immunity may persist long-term in recovered COVID-19 patients").

21.    Specifically, studies confirm the efficacy of recovered immunity against reinfection of COVID-19[17] and show that the vast

_____

[17] Shrestha, N. K., Burke, P. C., Nowacki, A. S., Terpeluk, P. & Gordon, S. M. (2021). Necessity of COVID-19 vaccination in previously infected individuals. *medRxiv*, Preprint. doi: 10.1101/2021.06.01.21258176 ("not one of the 1359 previously infected subjects who remained unvaccinated had a SARS-CoV-2 infection over the duration of the study" and concluded that those with recovered immunity are "unlikely to benefit from COVID-19 vaccination"); Perez, G., Banon, T., Gazit, S., Moshe, S. B., Wortsman, J., Grupel, D., Peretz, A., Tov, A. B., Chodick, G., Mizrahi-Reuveni, M., & Patalon, T. (2021). A 1 to 1000 SARS-CoV-2 reinfection proportion in members of a large healthcare provider in Israel: A preliminary report. *medRxiv*, Preprint.   doi: 10.1101/2021.03.06.21253051 (Israeli study finding that approximately 1/1000 of participants were reinfected); Bertollini, R., Chemaitelly, H., Yassine, H. M., Al-Thani, M. H., Al-Khal, A., & Abu-Raddad, L. J. (2021). Associations of vaccination and of prior infection with positive PCR test results for SARS-CoV-2 in airline passengers arriving in Qatar. *JAMA*, *326*(2), 185-188. doi: 10.1001/jama.2021.9970 (study of international airline passengers arriving in Qatar found no statistically significant difference in risk of reinfection between those who had been vaccinated and those who had previously been infected); Pilz, S., Chakeri, A., Ioannidis, J. P. A., Richter, L., Theiler-Schwetz, V., Trummer, C., Krause, R., Allerberger, F. (2021). SARS-CoV-2 re-infection risk in Austria. *European Journal of Clinical Investigation*, *51*(4), 1-7. doi: 10.1111/eci.13520  (previous SARS-CoV-2 infection reduced the odds of re-infection by 91% compared to first infection in the remaining general population); Breathnach, A. S., Duncan, C. J. A., El Bouzidi, K., Hanrath, A. T., Payne, B. A. I., Randell, P. A., Habibi, M. S., Riley, P. A., Planche, T. D., Busby, J. S., Sudhanva, M., Pallett, S. J. C. & Kelleher, W. P. (2021). Prior COVID-19

majority of reinfections are less severe than first-time infections.[18]

For example, an Israeli study of approximately 6.4 million

---

protects against reinfection, even in the absence of detectable antibodies. *The Journal of Infection*, *83*(2), 237-279. doi: 10.1016/j.jinf.2021.05.024 (0.86% of previously infected population in London became reinfected); Tarke, A., Sidney, J., Methot, N., Yu, E. D., Zhang, Y., Dan, J. M., Goodwin, B., Rubiro, P., Sutherland, A., Wang, E., Frazier, A., Ramirez, S. I., Rawlings, S. A., Smith, D. M., da Silva Antunes, R., Peters, B., Scheuermann, R. H., Weiskopf, D., Crotty, S., Grifoni, A. & Sette, A. (2021). Impact of SARS-CoV-2 variants on the total CD4+ and CD8+ T cell reactivity in infected or vaccinated individuals, *Cell Reports Medicine 2*(7), 100355 (an examination of the comparative efficacy of T cell responses to existing variants from patients with recovered immunity compared to those who received an mRNA vaccine found that the T cell responses of both recovered COVID patients and vaccines were effective at neutralizing mutations found in SARS-CoV-2 variants).

[18] Abu-Raddad, L. J., Chemaitelly, H., Coyle, P., Malek, J. A., Ahmed, A. A., Mohamoud, Y. A., Younuskunju, S., Ayoub, H. H., Kanaani, Z. A., Kuwari, E. A., Butt, A. A., Jeremijenko, A., Kaleeckal, A. H., Latif, A. N., Shaik, R. M., Rahim, H. F. A., Nasrallah, G. K., Yassine, H. M., Al Kuwari, M. G., Al Romaihi, H. E., Al-Thani, M. H., Al Khal, A., Bertollini, R. (2021). SARS-CoV-2 antibody-positivity protects against reinfection for at least seven months with 95% efficacy. *EClinicalMedicine*, *35*, 1-12. doi: 10.1016/j.eclinm.2021.100861 (finding that of 129 reinfections from a cohort of 43,044, only one reinfection was severe, two were moderate, and none were critical or fatal); Hall, V. J., Foulkes, S., Charlett, A., Atti, A., Monk, E. J. M., Simmons, R., Wellington, E., Cole, M. J., Saei, A., Oguti, B., Munro, K., Wallace, S., Kirwan, P. D., Shroti, M., Vusirikala, A., Rokadiya, S., Kall, M., Zambon, M., Ramsay, M., Hopkins, S. (2021). SARS-CoV-2 infection rates of

individuals demonstrated that recovered immunity provided equivalent if not better protection than vaccine immunity in preventing COVID-19 infection, morbidity, and mortality.[19]  Of the 187,549 unvaccinated persons with recovered immunity in the study, only 894 (0.48%) were reinfected; 38 (0.02%) were hospitalized, and 16 (0.008%) were hospitalized with severe disease, and only one died, an individual over 80 years of age. Another study analyzing data from Italy found that only 0.31% of

---

antibody-positive compared with antibody-negative health-care workers in England: a large, multicentre, prospective cohort study. *The Lancet*, *397*(10283), 1459-1469. doi: 10.1016/S0140-6736(21)00675-9 (finding "a 93% lower risk of COVID-19 symptomatic infection… [which] show[s] equal or higher protection from natural infection, both for symptomatic and asymptomatic infection"); Hanrath, A. T., Payne, B., A., I., & Duncan, C. J. A. (2021). Prior SARS-CoV-2 infection is associated with protection against symptomatic reinfection. *The Journal of Infection*, *82*(4), e29-e30.   doi: 10.1016/j.jinf.2020.12.023 (examined reinfection rates in a cohort of healthcare workers and found "no symptomatic reinfections" among those examined and that protection lasted for at least 6 months).

[19] Goldberg, Y., Mandel, M., Woodbridge, Y., Fluss, R., Novikov, I., Yaari, R., Ziv, A., Freedman, L., & Huppert, A. (2021). Protection of previous SARS-CoV-2 infection is similar to that of BNT162b2. vaccine protection: A three-month nationwide experience from Israel. *medRxiv*, Preprint.  doi: 10.1101/2021.04.20.21255670

COVID-recovered patients experienced reinfection within a year after the initial infection.[20]

22.    Before the emergence of the Omicron variant, variants did not escape the immunity against infection provided by prior infection or vaccination.[21] [22] In a study of a large population of patients in Israel, *vaccinated* people who had not been previously infected had 13 times higher odds of experiencing a breakthrough infection with the Delta variant than patients who had recovered

---

[20] Vitale, J., Mumoli, N., Clerici, P., de Paschale, M., Evangelista, I., Cei, M. & Mazzone, A. (2021). Assessment of SARS-CoV-2 reinfection 1 year after primary infection in a population in Lombardy, Italy. *JAMA Internal Medicine*, *181*(10), 1407-1409. doi: 10.1001/jamainternmed.2021.2959

[21] Tarke, A., Sidney, J., Methot, N., Yu, E. D., Zhang, Y., Dan, J. M., Goodwin, B., Rubiro, P., Sutherland, A., Wang, E., Frazier, A., Ramirez, S. I., Rawlings, S. A., Smith, D. M., da Silva Antunes, R., Peters, B., Scheuermann, R. H., Weiskopf, D., Crotty, S., Grifoni, A. & Sette, A. (2021).  Impact of SARS-CoV-2 variants on the total CD4+ and CD8+ T cell reactivity in infected or vaccinated individuals, *Cell Reports Medicine 2,* 100355.

[22] Wu, K., Werner, A. P., Moliva, J. I., Koch, M., Choi, A., Stewart-Jones, G. B. E., Bennett, H., Boyoglu-Barnum, S., Shi, W., Graham, B. S., Carfi, A., Corbett, K. S., Seder, R. A. & Edwards, D. K. (2021). mRNA-1273 vaccine induces neutralizing antibodies against spike mutants from global SARS-CoV-2 variants. *bioRxiv*, Preprint. doi: 10.1101/2021.01.25.427948

from COVID but were never vaccinated.[23]   They had 27 times higher odds of experiencing subsequent symptomatic COVID disease and seven times higher odds of hospitalization. The design of this Israeli study was particularly strong – it tracked large cohorts of people over time from the time of vaccination or initial infection and thus carefully distinguished the effect of time since initial exposure or vaccination in estimating its effect estimates. This is important because both vaccine-mediated and infection-mediated protection against subsequent infection diminish with time.

23.   In summary, the overwhelming conclusion of the pertinent scientific literature is that recovered immunity is at least as effective against subsequent reinfection as even the most effective vaccines.

24.   In contrast to the concrete findings regarding the robust durability of recovered immunity, the immunity provided by

---

[23] Gazit, S., Shlezinger, R., Perez, G., Lotan, R., Peretz, A., Ben-Tov, A., Cohen, D., Muhsen, K., Chodick, G. & Patalon, T. (2021). Comparing SARS-CoV-2 recovered immunity to vaccine-induced immunity: Reinfections versus breakthrough infections. *medRxiv*, Preprint. doi: 10.1101/2021.08.24.21262415

vaccination against infection appears to be short-lived, especially in the Omicron era.

25.    A study from Qatar by Chemaitelly and colleagues (recently published in the New England Journal of Medicine), which tracked 927,321 individuals for six months after vaccination, concluded that the Pfizer vaccine's "induced protection against infection appears to wane rapidly after its peak right after the second dose, but it persists at a robust level against hospitalization and death for at least six months following the second dose."[24]

26.    The key figures from the Qatari study are reproduced immediately below. Panel A shows that vaccine-mediated protection against infection peaks at 77.5% one month after the second dose, and then declines to 22.5%, five months after the second dose. According to this result, vaccines effectively protect

---

[24] Chemaitelly H, Tang P, Hasan MR, AlMukdad S, Yassine HM, Benslimane FM, Al Khatib HA, Coyle P, Ayoub HH, Al Kanaani Z, Al Kuwari E, Jeremijenko A, Kaleeckal AH, Latif AN, Shaik RM, Abdul Rahim HF, Nasrallah GK, Al Kuwari MG, Al Romaihi HE, Butt AA, Al-Thani MH, Al Khal A, Bertollini R, Abu-Raddad LJ. Waning of BNT162b2 Vaccine Protection against SARS-CoV-2 Infection in Qatar. N Engl J Med. 2021 Oct 6:NEJMoa2114114. doi: 10.1056/NEJMoa2114114. Epub ahead of print. PMID: 34614327; PMCID: PMC8522799.

EXPERT REPORT OF JAYANTA BHATTACHARYA, M.D., PHD | 24

<u>against infection (and therefore disease spread) for a short period</u> <u>of time</u> after the second dose of the mRNA vaccines.



27.     On the other hand, Panel B shows that protection versus severe disease is long lasting after vaccination—even though the person will no longer be fully protected against infection and, presumably, disease spread. At six months after the second dose, the vaccine remains 88.9% efficacious versus severe disease. While it appears to dip at seven months to 55.6% efficacy, the confidence interval is so wide that it is consistent with no decrease whatsoever even after seven months.



28.   The Qatari study is no outlier. A large study in California tracked the infection rates for nearly 5 million patients vaccinated with two doses of the Pfizer mRNA vaccine. The study tracked both SARS-CoV-2 infections as well as COVID-19 related hospitalizations. The figure immediately below plots the trend in vaccine efficacy over time for different age groups in the population cohort. **Panel A** on the right plots effectiveness versus SARS-CoV-2 *infections*.[25]  Though the drop in effectiveness is not as steep as in

---

[25] Tartof SY, Slezak JM, Fischer H, Hong V, Ackerson BK, Ranasinghe ON, Frankland TB, Ogun OA, Zamparo JM, Gray S, Valluri SR, Pan K, Angulo FJ, Jodar L, McLaughlin JM. Effectiveness of mRNA BNT162b2 COVID-19 vaccine up to 6

the Qatari study, there is, nevertheless, a sharp drop. While in the first month, vaccine effectiveness is near 90% for all age-groups, by month 5, it drops to nearly 50% for all the groups. By contrast, **Panel B** plots vaccine efficacy versus *hospitalizations*. It remains high with no decline over time –near 90% throughout the period. The vaccine provides durable private protection versus severe disease, but declining protection versus infection (and hence transmission).

---

months in a large integrated health system in the USA: a retrospective cohort study. *Lancet*. 2021 Oct 16;398(10309):1407-1416. doi: 10.1016/S0140-6736(21)02183-8. Epub 2021 Oct 4. PMID: 34619098; PMCID: PMC8489881.



29.    Another recent study tracked 620,000 vaccinated U.S.

veterans to measure breakthrough infections for the three vaccines

in common use in the U.S.[26]  Like the other studies, the authors of

the study found a sharp decline in vaccine effectiveness versus

infection. Five months after vaccination, the effectiveness of the

---

[26] Cohn BA, Cirillo PM, Murphy CC, et al. Breakthrough SARS-CoV-2 Infections in 620,000 U.S. Veterans, February 1, 2021 to August 13, 2021. medRxiv. October 14, 2021. https://doi.org/10.1101/2021.10.13.21264966;

J&J vaccine dropped from ~90% to less than 10%; the Pfizer vaccine

dropped from ~90% to ~50%; and the Moderna dropped from ~90%



to ~65%. The figure on this page tracks the decline in effectiveness

of the vaccines against infection over time documented in this

study. This study corroborates yet another study that documented

declining vaccine efficacy in the first three months after vaccination

against disease transmission in the era of the Delta variant.[27]

30.   Yet another study conducted in Wisconsin confirmed

that vaccinated individuals can shed infectious SARS-CoV-2 viral

---

[27] Eyre, D. W., Taylor, D., Purver, M., Chapman, D., Fowler, T., Pouwels, K. B., Walker, A. S. & Peto, T. E. A. (2021). The impact of SARS-CoV-2 vaccination on Alpha & Delta variant transmission. *medRxiv*, Preprint. doi: 10.1101/2021.09.28.21264260

particles.[28] The authors analyzed nasopharyngeal samples to check whether patients showed evidence of infectious viral particles. They found that vaccinated individuals were at least as likely as unvaccinated individuals to be shedding live virus. They concluded:

> Combined with other studies these data indicate that vaccinated and unvaccinated individuals infected with the Delta variant might transmit infection. Importantly, we show that infectious SARS-CoV-2 is frequently found even in vaccinated persons.

31.    A study in the U.K. during its wave of delta COVID cases compared the likelihood of a vaccinated individual passing on the disease to someone within their same household relative to unvaccinated patients.[29]   This study tracked these groups of patients over time to the point they tested positive for COVID. At

---

[28] Riemersma, K. K., Grogan, B. E., Kita-Yarbro, A., Halfmann, P. J., Segaloff, H. E., Kocharian, A., Florek, K. R., Westergaard, R., Bateman, A., Jeppson, G. E., Kawaoka, Y., O'Connor, D. H., Friedrich, T. C., & Grande, K. M. (2021). Shedding of infectious SARS-CoV-2 despite vaccination. *medRxiv*, Preprint. doi: 10.1101/2021.07.31.21261387

[29] Singanayagam A, Hakki S, Dunning J, et al. Community transmission and viral load kinetics of the SARS-CoV-2 delta (B.1.617.2) variant in vaccinated and unvaccinated individuals in the UK: a prospective, longitudinal, cohort study [published online ahead of print, 2021 Oct 29]. Lancet Infect Dis. 2021;doi:10.1016/S1473-3099(21)00648-4

that point, study investigators measured levels of the SARS-CoV-2 virus in the patients, and observed whether the patients passed on the disease to other household members. The authors find that while vaccination does reduce the fraction of time that a patient passes the disease on to household members from 38% [95% confidence interval: 24-53] to 25% [95% confidence interval: 18-33], there was no statistically significant difference (p=0.17). They conclude:

> Vaccination reduces the risk of delta variant infection and accelerates viral clearance. Nonetheless, fully vaccinated individuals with breakthrough infections have peak viral load similar to unvaccinated cases and can efficiently transmit infection in household settings, including to fully vaccinated contacts.

32.    The CDC recognizes the importance of recovered immunity in its updated science brief analyzing the difference in immunity from infection-induced and vaccine-induced immunity.[30] The CDC noted that "confirmed SARS-CoV-2 infection decreased risk of subsequent infection by 80–93% for at least 6–9 months,"

---

[30] CDC, Science Brief: SARS-CoV-2 Infection-Induced and Vaccine-Induced Immunity (updated Oct. 29, 2021), https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/vaccine-induced-immunity.html#anchor_1635539757101

with some studies showing "slightly higher protective effects (89-93%)."   It also noted that "researchers have predicted that the immune response following infection would continue to provide at least 50% protection against reinfection for 1–2 years following initial infection with SARS-CoV-2 or vaccination. This would be similar to what is observed with seasonal coronaviruses."

33.     The CDC science brief does claim that vaccine-induced immunity is stronger than immunity from natural infection.[31]  The study the CDC relies on to support this claim is not determinative, however, for several reasons.[32]  First, its result is contrary to the weight of other evidence, as set forth above. Second, the study compared hospitalization of those infected—and had recovered immunity—90-225 days after their infection while against those who had completed their RNA vaccine regime 45-213 days before reinfection. Because immunity—regardless of how gained—wanes

---

[31] *Id.*

[32] Bozio CH, Grannis SJ, Naleway AL, et al. Laboratory-Confirmed COVID-19 Among Adults Hospitalized with COVID-19–Like Illness with Infection-Induced or mRNA Vaccine-Induced SARS-CoV-2 Immunity — Nine States, January–September 2021. MMWR Morb Mortal Wkly Rep. ePub: 29 October 2021.

EXPERT REPORT OF JAYANTA BHATTACHARYA, M.D., PhD | 32

over time, the failure to adequately compare like periods means that the study's conclusions are biased in favor of vaccine-induced immunity. Indeed, the study admits this weakness. Third, the study design itself does not permit it to address the critical question of interest – whether COVID-recovery without vaccination or vaccination without COVID-recovery provides stronger protection against COVID-related hospitalization. The study analyzes only patients who are already in the hospital. To obtain an accurate answer to the question of interest, it would need to include and analyze patients before entering the hospital. As it is, the study implicitly and incorrectly assumes that the set of hospitalized patients with COVID-like symptoms is representative of the population at large, which is untrue.

34.    In summary, the evidence to date strongly suggests that, while vaccines—like recovered immunity—protect against severe disease, they, unlike recovered immunity, provide only short-lasting protection against subsequent infection and disease spread. In short, there is no medical or scientific reason to believe

that vaccine immunity will prove longer-lasting immunity than recovered immunity, much less more durable immunity.

35.    The United States government is an outlier relative to other developed countries in its refusal to recognize the efficacy of recovered immunity. For instance, the Netherlands recently extended the duration of its "recovered immunity certificate," which can be used in lieu of a vaccine passport from 180 days to 365 days.[33] A similar exemption was made for recovered immunity in vaccine passports in the U.K. when the country required them.[34]

## III.   OMICRON DOES NOT PRESENT A GRAVE DANGER

36.    The Omicron variant now represents substantially all new SARS-COV2 infections in the United States. This fact renders any remaining basis for a vaccine mandate obsolete.

37.    An analysis from the South African government's National Institute for Communicable Diseases provides reason for

---

[33] Block J. Vaccinating people who have had covid-19: why doesn't recovered immunity count in the US? BMJ. 2021 Sep 13;374:n2101. doi: 10.1136/bmj.n2101. Erratum in: BMJ. 2021 Sep 15;374:n2272. PMID: 34518194.

[34] Diver T. Vaccine passports will show 'recovered immunity' for people who have had Covid. MSN News. June 6, 2021.

optimism: S-Gene Target Failure (presumptive Omicron) cases are 80% less likely to be hospitalized.[35]

**Table 1.** Multivariable logistic regression analysis evaluating the association between S gene target failure (SGTF) infection, compared to non-SGTF infection, and hospitalisation, South Africa, 1 October – 30 November 2021* (N=11,255)

| | | Hospital admission*<br>n/N (%) | Adjusted odds ratio<br>(95% CI) | P-value |
|---|---|---|---|---|
| SARS-CoV-2 variant | | N=11,495 | | |
| | SGTF | 256/10,547 (2) | 0.2 (0.1-0.3) | <0.001 |
| | Non-SGTF | 121/948 (13) | Ref | - |

38.    Data from Scotland also strongly suggests the same optimistic conclusion: "early national data suggest that Omicron is associated with a two-thirds reduction in the risk of COVID-19 hospitalisation when compared to Delta."[36]

Table 3: Observed vs expected analysis for risk of hospital admission by S gene status

| | S Gene Status | N | Person Years | Hospital Admissions | Expected Admissions | Observed/Expected | LCL | UCL |
|---|---|---|---|---|---|---|---|---|
| All cases linking into the EAVE II dataset | S Positive | 119100 | 4375.1 | 856 | 856.9 | 1 | 0.93 | 1.07 |
| | S Negative | 22205 | 413.4 | 15 | 46.6 | 0.32 | 0.19 | 0.52 |
| | Weak S Positive | 2199 | 57.3 | 7 | 6.9 | 1.02 | 0.45 | 2 |
| | Other | 990 | 33.8 | * | * | 0.79 | 0.26 | 1.88 |
| | Unknown | 1647 | 58.2 | 14 | 14.8 | 0.94 | 0.54 | 1.54 |

Omicron — Risk of hosp 68% lower controlling for vax, reinfections)

---

[35] https://www.medrxiv.org/content/10.1101/2021.12.21.21268116v1.full.pdf

[36] https://www.research.ed.ac.uk/en/publications/severity-of-omicron-variant-of-concern-and-vaccine-effectiveness-

39.    Denmark's data shows Omicron cases were three times less likely to end up with hospital admissions than the previous dominant variant, Delta.[37]

40.    Hong Kong University researchers pointed to the likely reason, or mechanism, for Omicron's increased infectiousness but reduced virulence: it replicates far more efficiently in the bronchus and upper respiratory tract than Delta, but less efficiently in the lungs:[38]



---

[37] https://arstechnica.com/science/2021/12/omicron-cases-less-likely-to-require-hospital-treatment-studies-show/

[38] http://www.med.hku.hk/en/news/press/20211215-omicron-sars-cov-2-infection

41.     Compelling evidence of Omicron ending any grave danger from SARS-CoV2 comes from South Africa, particularly the Gauteng province (population 18 million) where the first recognized Omicron wave occurred. According to Dr. Harry Moultrie of the South African government's National Institute for Communicable Diseases, Gauteng cases peaked on December 9 at 97 percent of the delta wave. Even more reassuringly, deaths were only 13 percent of the delta peak:[39]



42.     A recently published working paper by a South African team of scientists who were conducting a sero-epidemiological

<hr>

[39] https://twitter.com/hivepi/status/1475383429403484163

survey in the Gautang Province confirms the conclusion that Omicron infection is substantially less likely to require hospitalization or induce mortality than infection with other strains. While cases may rise sharply as a wave of Omicron sweeps through a region, hospitalizations and deaths do not follow. The authors conclude:[40]

> "We demonstrate widespread underlying SARS-CoV-2 seropositivity in Gauteng Province prior to the current Omicron-dominant wave, with epidemiological data showing an uncoupling of hospitalization and death rates from infection rate during Omicron circulation."

43.    Based on their Omicron experience, some South African scientists have effectively declared the pandemic over, stating:[41]

> "All indicators suggest the country may have passed the peak of the fourth wave at a national level... While the Omicron variant is highly transmissible, there has

---

[40] Shabir A. Madhi, Gaurav Kwatra, Jonathan E. Myers, Waasila Jassat, Nisha Dhar, Christian K. Mukendi, Amit J. Nana, Lucille Blumberg, Richard Welch, Nicoletta Ngorima-Mabhena, Portia C. Mutevedzi (2021) *South African Population Immunity and Severe Covid-19 with Omicron Variant*. medRxiv 2021.12.20.21268096; doi: https://doi.org/10.1101/2021.12.20.21268096

[41] https://sacoronavirus.co.za/2021/12/30/media-release-cabinet-approves-changes-to-covid-19-regulations/

been lower rates of hospitalisation than in previous
waves. This means that the country has a spare
capacity for admission of patients even for routine
health services."

44.  In other words, the first country to experience an
Omicron wave unambiguously concluded that the dominant variant
presents no grave danger.

45.  Early U.S. data was available in a preprint from a team
at Case Western Reserve University, which used propensity
matched-cohort analysis to find markedly reduced disease severity
during the period from December 14 to December 24, 2021. On an
age and risk-matched basis, they found E.R. visits were 70% lower
than earlier cohorts, hospitalizations were 56% lower, ICU
admissions were 67% lower, and ventilation were 84% lower.

**Age-stratified comparison of 3-day acute outcomes
in matched patients with SARS-CoV-2 infections
Emergent Omicron cohort (12/15-12/24) vs. Delta cohort (9/1-11/15)**

| Age group | Outcome | Emergent Omicron cohort | Delta cohort | | RR (95% CI) |
|---|---|---|---|---|---|
| 0-4 (n=1,361) | ED visit | 3.89% (53) | 21.01% (286) | | 0.19 (0.14-0.25) |
| 5-11 (n=1,307) | ED visit | 3.60% (47) | 12.62% (165) | | 0.29 (0.21-0.39) |
| 12-17 (n=1,244) | ED visit | 2.09% (26) | 13.10% (163) | | 0.16 (0.11-0.24) |
| 18-64 (n=7,761) | ED visit | 4.55% (353) | 14.91% (1,157) | | 0.32 (0.27-0.34) |
| >=65 (n=2,173) | ED visit | 7.36% (160) | 13.94% (303) | | 0.53 (0.44-0.63) |
| | | | | | |
| 0-4 (n=1,361) | Hospitalization | 0.96% (13) | 2.65% (36) | | 0.36 (0.19-0.68) |
| 5-11 (n=1,307) | Hospitalization | 0.77% (10) | 1.45% (19) | | 0.53 (0.25-1.13) |
| 12-17 (n=1,244) | Hospitalization | 1.21% (15) | 1.93% (24) | | 0.63 (0.33-1.19) |
| 18-64 (n=7,761) | Hospitalization | 1.20% (93) | 3.78% (293) | | 0.32 (0.25-0.40) |
| >=65 (n=2,173) | Hospitalization | 5.29% (115) | 9.67% (210) | | 0.55 (0.44-0.68) |

Risk Ratio: 0   0.5   1   1.5   2

46.    As good as they appear, these reductions substantially *understate* the reduction of risk represented by Omicron, because this cohort included a non-negligible number of Delta infections. According to the authors:

> "The estimated prevalence of the Omicron variant during 12/15-12/24 was only 22.5-58.6%, suggesting that the outcomes for the Omicron variant may be found to be even milder than what we report here as the prevalence of the Omicron variant increases."

47.    Quite simply, the Omicron variant is now a *normal respiratory virus,* not an unusual, extraordinary, or grave danger. There is no evidence specific to Omicron to support a grave danger finding.

## IV. <u>VACCINES ARE INEFFECTIVE AT PREVENTING OMICRON INFECTIONS</u>

48.    Pfizer and BioNTech are the manufacturers of the current leading vaccine. They recently admitted that the existing vaccine does not provide robust protection against Omicron, saying:

> "Sera from individuals who received two doses of the current COVID-19 vaccine did exhibit, on average, more than a 25-fold reduction in neutralization titers against the Omicron variant compared to wild-type, indicating that two doses of BNT162b2 may not be sufficient to protect against infection with the Omicron variant."[42]

49.    Moderna, the second-leading manufacturer, similarly admitted that its vaccine does not provide acceptable efficacy against Omicron, stating:

> "All groups had low neutralizing antibody levels in the Omicron PsVNT assay prior to boosting."[43]

50.    Similarly, NIH-funded researchers at Duke university found in vitro that: "neutralizing titers to Omicron are 49-84 times

---

[42] https://www.pfizer.com/news/press-release/press-release-detail/pfizer-and-biontech-provide-update-omicron-variant

[43] https://investors.modernatx.com/news/news-details/2021/Moderna-Announces-Preliminary-Booster-Data-and-Updates-Strategy-to-Address-Omicron-Variant/default.aspx

lower than neutralization titers to D614G [wild-type SARS-CoV2] after 2 doses of mRNA-1273 [Moderna], which could lead to an increased risk of symptomatic breakthrough infections."[44]

51.    Real-world evidence from at least four countries with significant experience with Omicron — Denmark, the United Kingdom, Germany, and Canada, all of which provide more detailed and transparent data than has been made available in the United States — evidences that these vaccines have *substantially zero efficacy* at preventing Omicron transmission, undermining the central rationale for mandating them in the workplace.

52.    The Statens Serum Institut in Copenhagen, Denmark analyzed Danish data and found vaccine efficacy turned *negative* after 91 days following the second dose was administered. In other words, vaccinated Danes were *even more likely* than unvaccinated

---

44

https://www.medrxiv.org/content/10.1101/2021.12.15.21267805v1.full-text

Danes to be infected with Omicron after 3 months.[45] This may be due to unvaccinated, COVID-recovered patients having better[46] protection versus Omicron than vaccinated patients who never previously had COVID.

---

[45] https://www.medrxiv.org/content/10.1101/2021.12.20.21267966v2.full.pdf

[46] Sivan Gazit, Roei Shlezinger, Galit Perez, Roni Lotan, Asaf Peretz, Amir Ben-Tov, Dani Cohen, Khitam Muhsen, Gabriel Chodick, Tal Patalon (2021) *Comparing SARS-CoV-2 recovered immunity to vaccine-induced immunity: reinfections versus breakthrough infections*, medRxiv 2021.08.24.21262415; doi: https://doi.org/10.1101/2021.08.24.21262415



**Figure** Vaccine effectiveness against SARS-CoV-2 infection with the Delta and Omicron variants, shown separately for the BNT162b2 and mRNA-1273 vaccines. Vertical bars indicate 95% confidence intervals.

**Table** Estimated vaccine effectiveness for BNT162b2 and mRNA-1273 against infection with the SARS-CoV-2 Omicron and Delta variants during November 20 – December 12, 2021, Denmark.

| Time since vaccine protection | Pfizer – BNT162b2 | | | | Moderna – mRNA-1273 | | | |
| | Omicron | | Delta | | Omicron | | Delta | |
| | Cases | VE, % (95% CI) | Cases | VE, % (95% CI) | Cases | VE, % (95% CI) | Cases | VE, % (95% CI) |
|---|---|---|---|---|---|---|---|---|
| 1-30 days | 14 | 55.2 (23.5; 73.7) | 171 | 86.7 (84.6; 88.6) | 4 | 36.7 (-69.9; 76.4) | 29 | 88.2 (83.1; 91.8) |
| 31-60 days | 32 | 16.1 (-20.8; 41.7) | 454 | 80.9 (79.0; 82.6) | 8 | 30.0 (-41.3; 65.4) | 116 | 81.5 (77.7; 84.6) |
| 61-90 days | 145 | 9.8 (-10.0; 26.1) | 3,177 | 72.8 (71.7; 73.8) | 4.8 | 4.2 (-30.8; 29.8) | 10 37 | 72.2 (70.4; 74.0) |
| 91-150 days | 2,851 | -76.5 (-95.3;-59.5) | 34, 947 | 53.8 (52.9; 54.6) | 393 | -39.3 (-61.6;-20.0) | 34 59 | 65.0 (63.6; 66.3) |
| 1-30 days after booster vaccination protection | 29 | 54.6 (30.4; 70.4) | 453 | 81.2 (79.2; 82.9) | - | - | 5 | 82.8 (58.8; 92.9) |

CI = confidence intervals; VE = vaccine effectiveness. VE estimates adjusted for 10-year age groups, sex and region (five geographical regions). Vaccine protection was assumed 14 days post 2ⁿᵈ dose. Insufficient data to estimate mRNA-1273 booster VE against Omicron.

53.   In Germany, the most recent detailed report from the Robert Koch Institute (the German equivalent of the CDC) found that 78.6 percent (4,020 of 5,117) of sequenced Omicron cases were in *vaccinated* Germans,[47] despite a population vaccination rate of just 70 percent.[48]

---

[47] https://www.rki.de/DE/Content/InfAZ/N/Neuartiges_Coronavirus/ Situationsberichte/Wochenbericht/Wochenbericht_2021-12-30.pdf?__blob=publicationFile

[48] https://ourworldindata.org/covid-vaccinations

54.   In the United Kingdom, the U.K. Health Security Agency calculated preliminary vaccine effectiveness estimates remarkably like the Danish findings, with *near-zero vaccine efficacy* for both Pfizer-BioNTech and Moderna vaccines after 20 weeks following the second dose:[49]





---

[49]

https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/1043807/technical-briefing-33.pdf

55.     Although the U.K. Health Security Agency clarifies "[t]hese results should be interpreted with caution due to the low counts and the possible biases related to the populations with highest exposure to Omicron (including travelers and their close contacts) which cannot fully be accounted for," these results are consistent with the epidemiological patterns we are seeing in the United States and globally.

56.     In Ontario, Canada, the case rate per 100,000 fully *vaccinated* Ontarians has risen sharply above the case rate per 100,000 unvaccinated Ontarians, again suggesting *negative vaccine efficacy*:[50]



---

[50] https://covid-19.ontario.ca/data/case-numbers-and-spread

57.     A test-negative control analysis of Ontario test data by researchers from Public Health Ontario and leading Canadian universities found: "observed *negative* VE against Omicron among those who had received 2 doses compared to unvaccinated individuals" (emphasis added).

58.     As the following table shows, the Ontario researchers found that after day 60 following the second dose, vaccine effectiveness was *negative*, meaning a vaccinated person was *more likely* to be infected than an unvaccinated person:

Table 2. Vaccine effectiveness against infection by Omicron or Delta among adults aged ≥18 years by time since latest dose

| Doses | Vaccine products | Days since latest dose | SARS-CoV-2 negative controls, n | Omicron-positive cases, n | Vaccine effectiveness against Omicron (95% CI) | Delta-positive cases, n | Vaccine effectiveness against Delta (95% CI) |
|---|---|---|---|---|---|---|---|
| First 2 doses | ≥1 mRNA vaccine | 7-59 | 14,288 | 63 | 6 (-25, 30) | 204 | 84 (81, 86) |
| | | 60-119 | 34,741 | 214 | -13 (-38, 8) | 562 | 81 (79, 82) |
| | | 120-179 | 282,977 | 2,257 | -38 (-61, -18) | 4,342 | 80 (79, 81) |
| | | 180-239 | 47,282 | 522 | -42 (-69, -19) | 635 | 74 (72, 76) |
| | | ≥240 | 10,285 | 46 | -16 (-62, 17) | 203 | 71 (66, 75) |
| Third dose | Any mRNA vaccine | 0-6 | 10,208 | 50 | 2 (-35, 29) | 71 | 88 (85, 90) |
| | | ≥7 | 36,500 | 114 | 37 (19, 50) | 138 | 93 (92, 94) |
| | BNT162b2 | 0-6 | 8,461 | 42 | 2 (-39, 30) | 64 | 87 (83, 90) |
| | | ≥7 | 30,269 | 106 | 34 (16, 49) | 116 | 93 (91, 94) |
| | mRNA-1273 | 0-6 | 1,747 | 8 | 5 (-94, 54) | 7 | 93 (86, 97) |
| | | ≥7 | 6,231 | 8 | 59 (16, 80) | 22 | 93 (90, 96) |

59.     In the United States, studies and data from last summer showing higher viral transmission in less vaccinated southern states is now completely obsolete. As the following CDC table demonstrates, in the Omicron wave there is no observable reduction in case rates based on vaccination rates:[51]

---

[51] https://data.cdc.gov/Case-Surveillance/United-States-COVID-19-Cases-and-Deaths-by-State-o/9mfq-cb36

**Difference in Cases in the Month of December: Most Vaccinated States Compared to Least Vaccinated**

| Cases in December | | | | | Cases in December | | | |
|---|---|---|---|---|---|---|---|---|
| State | 2021 | 2020 | Difference | Fully Vaccinated | State | 2021 | 2020 | Difference | Fully Vaccinated |
| Vermont | 11,120 | 2,932 | 279% | 77.4% | Ohio | 281,594 | 279,317 | 1% | 55.2% |
| Rhode Island | 34,434 | 32,625 | 6% | 76.5% | West Virginia | 30,720 | 37,492 | -18% | 55.1% |
| Maine | 25,029 | 12,225 | 105% | 75.8% | Kentucky | 66,912 | 88,994 | -25% | 54.2% |
| Connecticut | 80,792 | 68,413 | 18% | 74.6% | Montana | 6,049 | 19,357 | -69% | 54.0% |
| Massachusetts | 176,728 | 149,046 | 19% | 74.6% | Oklahoma | 37,452 | 105,592 | -65% | 53.5% |
| New York | 645,476 | 332,116 | 94% | 71.8% | South Carolina | 47,894 | 97,200 | -51% | 53.1% |
| New Jersey | 242,649 | 160,001 | 52% | 70.5% | Missouri | 88,356 | 111,450 | -21% | 53.0% |
| Maryland | 113,299 | 79,084 | 43% | 70.4% | North Dakota | 10,403 | 13,115 | -21% | 52.6% |
| Virginia | 129,377 | 114,703 | 13% | 68.0% | Indiana | 133,734 | 172,712 | -23% | 52.0% |
| Washington | 67,731 | 76,819 | -12% | 67.9% | Tennessee | 82,063 | 211,266 | -61% | 51.4% |
| Dist. Columbia | 25,133 | 7,431 | 238% | 67.6% | Arkansas | 28,713 | 67,779 | -58% | 51.2% |
| New Hampshire | 35,412 | 23,034 | 54% | 67.2% | Georgia | 127,565 | 194,889 | -35% | 51.1% |
| Oregon | 27,234 | 38,478 | -29% | 66.5% | Louisiana | 45,334 | 82,861 | -45% | 50.3% |
| New Mexico | 33,567 | 45,769 | -27% | 66.2% | Mississippi | 24,681 | 63,076 | -61% | 48.1% |
| Colorado | 80,691 | 100,744 | -20% | 66.2% | Alabama | 43,257 | 111,713 | -61% | 47.6% |
| California | 308,923 | 1,018,584 | -70% | 66.1% | Wyoming | 4,153 | 11,104 | -63% | 47.5% |
| Minnesota | 103,065 | 96,539 | 7% | 65.4% | Idaho | 11,613 | 39,379 | -71% | 46.2% |
| MOST VACCINATED STATES | | | 45% | 70.2% | LEAST VACCINATED STATES | | | -44% | 51.5% |

60.    The published evidence in the Omicron era comparing vaccine-mediated immunity and recovered immunity continues to find that recovered immunity provides good protection versus severe disease on subsequent infection.[52] A pre-print by the same team of Qatari researchers concludes that COVID recovered patients are very unlikely to cause severe disease or death at least 15 months after initial infection in data spanning the Omicron era.

---

https://covid.cdc.gov/covid-data-tracker/COVIDData/getAjaxData?id=vaccination_data

[52] Altarawneh HN, Chemaitelly H, Ayoub HH, Tang P, Hasan MR, Yassine HM, Al-Khatib HA, Smatti MK, Coyle P, Al-Kanaani Z, Al-Kuwari E, Jeremijenko A, Kaleeckal AH, Latif AN, Shaik RM, Abdul-Rahim HF, Nasrallah GK, Al-Kuwari MG, Butt AA, Al-Romaihi HE, Al-Thani MH, Al-Khal A, Bertollini R, Abu-Raddad LJ. Effects of Previous Infection and Vaccination on Symptomatic Omicron Infections. N Engl J Med. 2022 Jul 7;387(1):21-34. doi: 10.1056/NEJMoa2203965. Epub 2022 Jun 15. PMID: 35704396; PMCID: PMC9258753.

The graph below, reproduced from that paper compares the cumulative incidence of severe reinfection in the study of people who had never had COVID versus those with recovered immunity. At 15 months, the likelihood of severe reinfection for the COVID-recovered group was near zero, while those in the "infection-naïve" cohort was 0.2% of the population.[53]



---

[53] Chemaitelly H et al. (2022)  Duration of immune protection of SARS-CoV-2 natural infection
against reinfection in Qatar. *medRxiv*. July 7, 2022.
https://www.medrxiv.org/content/10.1101/2022.07.06.22277306v1.full.pdf

## V.   <u>Conclusion</u>

61.    Based on the scientific evidence to date, for most of the population, COVID-19 infection poses less of a mortality risk than seasonal influenza.

62.    Based on the scientific evidence to date, vaccines effectively protect against infection (and therefore disease spread) for only a short period of time.

63.    Based on the scientific evidence to date, those who have recovered from a SARS-CoV-2 infection possess immunity as robust and durable (or more) as that acquired through vaccination.  The existing clinical literature overwhelmingly indicates that the protection afforded to the individual and community from recovered immunity is as effective and durable as the efficacy levels of the most effective vaccines to date.

64.    Based on my analysis of the existing medical and scientific literature, any policy regarding vaccination that does not

recognize recovered immunity is irrational, arbitrary, and counterproductive to community health.[54]

65.     Indeed, now that every American adult, teenager, and child six months and above has free access to the vaccines, the case for a vaccine mandate is weaker than it once was. Since the successful vaccination campaign already protects the vast majority of the vulnerable population, the unvaccinated—especially recovered COVID patients—pose a vanishingly small threat to the vaccinated on the margin since such a large portion of that population has already had and recovered from COVID infection. They are protected by an effective vaccine that dramatically reduces the likelihood of hospitalization or death after infections to near zero. At the same time, recovered immunity provides benefits that are at least as strong and may well be stronger than those from vaccines.

---

[54] Bhattacharya, J., Gupta, S. & Kulldorff, M. (2021, June 4). *The beauty of vaccines and recovered immunity.* Smerconish Newsletter. https://www.smerconish.com/exclusive-content/the-beauty-of-vaccines-and-natural-immunity

66.     Since a large fraction of the unvaccinated population of health care staff are COVID recovered and hence pose little to no more risk of transmission of the virus than vaccinated workers, mandatory healthcare staff vaccination, or proof of immunity, does not have an appreciable effect on COVID-19 transmission within the healthcare setting.

67.     Substantial new factual developments related to the Omicron variant substantially undermines any possible justification for the vaccine mandates. Even if SARS-CoV-2 did present a grave danger justifying the mandates at the time they were announced — a highly controversial assertion in its own right — at this time, the Omicron virus that presently dominates the field does not even arguably present a grave danger. Nor could its transmission be substantially reduced through mandatory vaccination even if it did present a grave danger.

68.     I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed this 15th day of July, 2022, at Stanford, California.

Respectfully submitted,

_____
Jay Bhattacharya, MD, Ph.D.
Professor of Health Policy
Stanford University

**JAY BHATTACHARYA, M.D., Ph.D.**                                              **July 2022**

---

**Address**

Department of Health Policy                         **Phone:** (650) 736-0404
Stanford University School of Medicine
615 Crothers Way                                    **Email:** jay@stanford.edu
Stanford, CA 94305-6006                             http://web.stanford.edu/~jay

---

**RESEARCH INTERESTS**

Health economics, health policy, and outcomes research

**A.  ACADEMIC HISTORY:**

| | | |
|---|---|---|
| Stanford University | A.M., A.B. | 1990 |
| Stanford University School of Medicine | M.D. | 1997 |
| Stanford University Department of Economics | Ph.D. | 2000 |

**B.  EMPLOYMENT HISTORY:**

| | |
|---|---|
| 2001 – present | Professor (Assistant to Full), Stanford University School of Medicine, Department of Economics (by courtesy) |
| 2013 – present | Senior Fellow, Stanford Institute for Economic Policy Research |
| 2007 – present | Research Associate, Sphere Institute / Acumen LLC |
| 2002 – present | FRF to Research Associate, National Bureau of Economic Research |
| 2021 – present | Senior Fellow (by courtesy), Hoover Institute, Stanford University |
| 2006 – 2008 | Research Fellow, Hoover Institution, Stanford University |
| 2014 – 2021 | Senior Fellow (by courtesy) Stanford Freeman Spogli Institute |
| 2001 – 2020 | Professor (Assistant to Full) Department of Health Research and Policy (by courtesy) |
| 1998 – 2001 | Economist (Associate to Full), RAND Corporation |
| 1998 – 2001 | Visiting Assistant Professor, UCLA Department of Economics |

**C.  SCHOLARLY PUBLICATIONS:**

PEER-REVIEWED ARTICLES (161 total)

1. Yoshikawa A, Vogt W.B., Hahn J., **Bhattacharya J.**, "Toward the Establishment and Promotion of Health Economics Research in Japan," *Japanese Journal of Health Economics and Policy* 1(1):29-45, (1994).

2. Vogt WB, **Bhattacharya J**, Kupor S, Yoshikawa A, Nakahara T, "The Role of Diagnostic Technology in Competition among Japanese Hospitals," *International Journal of Technology Management, Series on Management of Technology in Health Care*, 11(1):93-105 (1995).

3. **Bhattacharya J**, Vogt WB, Yoshikawa A, Nakahara T, "The Utilization of Outpatient Medical Services in Japan," *Journal of Human Resources*, 31(2): 450-76, (1996).

4. Vogt WB, Kupor S, **Bhattacharya J**, Yoshikawa A, Nakahara T, "Technology and

---

**EXHIBIT A**

Staffing in Japanese University Hospitals: Government vs. Private," *International Journal of Technology Assessment in Health Care*, 12(1): 93-103, (1996).

5. Sturm R, Gresenz C, Sherbourne C, **Bhattacharya J**, Farley D, Young AS, Klap R, Minnium K, Burnham MA, and Wells KB. "The Design of Healthcare for Communities: A Study of Health Care Delivery for Alcohol, Drug Abuse, and Mental Health Conditions." *Inquiry* 36(2):221-33 (1999).

6. Goldman D, **Bhattacharya J**, Joyce G, D'Amato R, Bozette S, Shapiro M, Liebowitz A. "The Impact of State Policy on the Costs of HIV Infection", *Medical Care Research and Review* 58(1):31-53 (2001). See comments *Medical Care Research and Review* 58(4):497-498 (2001).

7. Schoenbaum M, Spranca M, Elliot M, **Bhattacharya J**, Short PF. "Health Plan Choice and Information about Out-of-Pocket Costs: An Experimental Analysis" *Inquiry* 38(1):35-48 (2001).

8. Reville R, **Bhattacharya J**, and Sager L.  "New Methods and Data Sources for Measuring the Economic Consequences of Workplace Injuries," *American Journal of Industrial Medicine* 40(4):452-63 (2001).

9. Goldman D, **Bhattacharya J**, McCaffrey D, Duan N, Leibowitz A, Morton S.  "The Effect of Insurance on Mortality in an HIV+ Population in Care," *JASA* 96(455):883-894, (2001). See comments "The Effect of Insurance on Mortality in an HIV+ Population in Care," *JASA* 97(460):1218 (2002).

10. Su C, **Bhattacharya J**, and Wang CC, "Role of Neck Surgery in Conjunction with Radiation in Regional Control of Node-Positive Cancer of the Oropharynx" *American Journal of Clinical Oncology* 25(2):109-16. (2002).

11. DeLeire T, **Bhattacharya J**, and MaCurdy T.  "Comparing Measures of Overtime Across BLS Surveys." *Industrial Relations* 41(2):362-369 (2002).

12. Studdert D, **Bhattacharya J**, Warren B, Schoenbaum M, Escarce JJ. "Personal Choices of Health Plans by Managed Care Experts." *Medical Care* 40(5):375-86 (2002).

13. **Bhattacharya J**, Schoenbaum M, and Sood N. "Optimal Contributions to Flexible Spending Accounts for Medical Care." *Economics Letters* 76(1):129-135 (2002).

14. Reville R, Neuhauser F, **Bhattacharya J**, and Martin C, "Comparing Severity of Impairment for Different Permanent Upper Extremity Musculo-Skeletal Injuries" *Journal of Occupational Rehabilitation* 12(3):205-21 (2002).

15. Lakdawalla D., Goldman D, **Bhattacharya J**, Hurd M, Joyce G, and Panis C., "Forecasting the Nursing Home Population", *Medical Care* 41(1):8-20 (2003) See comments "Forecasting the Nursing Home Population," *Medical Care* 41(1):28-31 (2003).

16. **Bhattacharya J**, Deleire T, Haider S, Currie J. "Heat or Eat? Cold-Weather Shocks and Nutrition in Poor American Families," *American Journal of Public Health* 93(7):1149-1154 (2003).

**EXHIBIT A**

17. **Bhattacharya J** and Vogt W. "A Simple Model of Pharmaceutical Price Dynamics." *Journal of Law and Economics* 46:599-626 (2003).

18. **Bhattacharya J**, Goldman D, Sood N. "The Link Between Public and Private Insurance and HIV-Related Mortality," *Journal of Health Economics* 22:1105-1122 (2003).

19. Lakdawalla D, **Bhattacharya J**, and Goldman D.  "Are the Young Becoming More Disabled?" *Health Affairs* 23(1):168-176 (2004).

20. **Bhattacharya J**, Cutler DM, Goldman DP, Hurd MD, Joyce GF, Lakdawalla DN, Panis CW, Shang B. Disability forecasts and future Medicare costs. *Front Health Policy Res.* 2004;7:75-94. doi: 10.2202/1558-9544.1052. PMID: 15612336; PMCID: PMC6298747.

21. **Bhattacharya J**, Currie J, and Haider S. "Poverty, Food Insecurity, and Nutritional Outcomes in Children and Adults," *Journal of Health Economics* 23(4):839-862 (2004).

22. Yoo BK, **Bhattacharya J**, McDonald K and Garber A. "Impacts of Informal Caregiver Availability on Long-term Care Expenditures in OECD Countries," *Health Services Research* 39(6 Pt 2):1971-92 (2004).

23. **Bhattacharya J**, Goldman D, and Sood N. "Price Regulation in Secondary Insurance Markets"  *Journal of Risk and Insurance* 72(4):61-75 (2005).

24. **Bhattacharya J**. "Specialty Selection and Lifetime Returns to Specialization Within Medicine" *Journal of Human Resources* 40(1):115-143 (2005).

25. Lakdawalla D, Philipson T, **Bhattacharya J**, "Welfare-Enhancing Technological Change and the Growth of Obesity," *American Economics Review* (Papers and Proceedings) 95(2): 253-257 (2005).

26. **Bhattacharya J,** Shang B, Su CK, Goldman D "Technological Advance in Cancer and the Future of Medical Care Expenditures by the Elderly," *Health Affairs.* [Web Exclusive 10.1377/hlthaff.w5.r5-r17] 26 September (2005).

27. Goldman DP, Shang B, **Bhattacharya J**, Garber AM, Hurd M, Joyce GF, Lakdawalla D, Panis C, Shekelle P, "Consequences Of Health Trends And Medical Innovation For The Future Elderly," *Health Affairs.* [Web Exclusive 10.1377/hlthaff.w5.r53-r66] 26 September (2005).

28. **Bhattacharya J** and Lakdawalla D, "The Labor Market Value of Health Improvements" *The Forum for Health Economics and Health Policy.* Forum: Biomedical Research and the Economy: Article 2 http://www..bepress.fhep/biomedical_research/2 (2005).

29. **Bhattacharya J** and Lakdawalla D, "Does Medicare Benefit the Poor?" *Journal of Public Economics* 90(1-2):277-92 (2006).

30. **Bhattacharya J**, Goldman D, McCaffrey D, "Estimating Probit Models with Endogenous Covariates," *Statistics in Medicine* 25(3):389-413 (2006).

31. **Bhattacharya J**, Currie J, and Haider S, "Breakfast of Champions? The Nutritional

Effects of the School Breakfast Program," *Journal of Human Resources* (2006) 41(3):445-466.

32. **Bhattacharya J** and Sood N, "Health Insurance and the Obesity Externality" *Advances In Health Economics And Health Services Research* 17:279-318 (2007).

33. Shetty K and **Bhattacharya J,** "The Impact of the 2003 ACGME Work Hours Regulations" *Annals of Internal Medicine* 147: 73-80 (2007). See comment "A Response to Dr. Puhan" *Annals of Internal Medicine* 148(6): 482 (2008).

34. **Bhattacharya J** and Shang B, "Model Based Survey Design Using Logits: Estimating Lost Statistical Power from Random Alternative Sampling" *Survey Research Methods* 1(3):145-154 (2007).ea

35. **Bhattacharya J**, Choudhry K, and Lakdawalla D, "Chronic Disease and Trends in Severe Disability in Working Age Populations" *Medical Care* 46(1):92-100 (2008).

36. **Bhattacharya J**, Shaikh A, Vytlacil E, "Treatment Effect Bounds under Monotonicity Assumptions: An Application to Swan-Ganz Catheterization" *American Economic Review (Papers and Proceedings)* 98(2): 351–56 (2008).

37. Shetty K, Vogt WB, and **Bhattacharya J,** "Hormone Replacement Therapy and Cardiovascular Health in the US." *Medical Care* 47(5):600-606 (2009).

38. **Bhattacharya J** and Bundorf K, "The Incidence of the Healthcare Costs of Obesity" *Journal of Health Economics* 28(3):649-658 (2009)

39. Bendavid E and **Bhattacharya J,** "PEPFAR in Africa: An Evaluation of Outcomes" *Annals of Internal Medicine* 150(10):688-695 (2009)

40. Nukols T, **Bhattacharya J**, Wolman DM, Ulmer C, Escarce JJ, "Cost Implications of Reductions to Resident Physician Work Hours and Workloads for Resident Physicians," *New England Journal of Medicine* 360(21):2202-15 (2009).

41. **Bhattacharya J** and Isen A, "On Inferring Demand for Health Care in the Presence of Anchoring and Selection Biases," *Forum for Health Economics & Policy*: 12(2) (Health Economics), Article 6. http://www.bepress.com/fhep/12/2/6 (2009)

42. **Bhattacharya J**, Goldman D, and Sood N, "Market Evidence of Misperceived Prices and Mistaken Mortality Risks," *Journal of Economic Behavior and Organization* 72(1):451-462 (2009)

43. Seabury S, **Bhattacharya J**, Neuhauser F, Reville R, "Using Empirical Data on Earnings Losses to Improve Permanent Disability Ratings in Workers' Compensation," *Journal of Risk and Insurance* 77(1):231-260 (2010).

44. Kautz T, Bendavid E, **Bhattacharya J**, Miller NG, "AIDS and Declining Support for Dependent Elderly People in Africa: Retrospective Analysis Using Demographic and Health Surveys" *British Medical Journal* 340:c2841 doi:10.1136 (2010)

45. Patel CJ, **Bhattacharya J**, Butte AJ, "An Environment-Wide Association Study (EWAS) on Type 2 Diabetes Mellitus," *PLoS ONE* 5(5): e10746. doi:10.1371/journal.pone.0010746 (2010)

**EXHIBIT A**

46. Yoo BK, **Bhattacharya J**, Fiscella K, Bennett NM, Szilagyi P, "Effects of Mass Media Coverage on Timing and Annual Receipt of Influenza Vaccination among Medicare Elderly" *Health Services Research* 45(5 Pt 1):1287-309.  (2010)

47. Bendavid E, Leroux E, **Bhattacharya J**, Smith N, and Miller G, "The Role of Drug Prices and Foreign Assistance in Expanding HIV Treatment in Africa" *British Medical Journal* 341:c6218 (2010)

48. Shetty K, Deleire T, White C, and **Bhattacharya J,** ``Changes in Hospitalization Rates Following Smoking Bans,'' *Journal of Policy Analysis and Management* 30(1):6-28 (2011)

49. **Bhattacharya J** and Sood N, "Who Pays for Obesity*?" Journal of Economic Perspectives* 25(1):139-58 (2011)

50. Liu V, Weill D, **Bhattacharya J,** "Racial Differences in Survival Following Lung Transplantation" *Archives of Surgery* 146(3):286-293 (2011)

51. Liu V, **Bhattacharya J**, Weill D, Hlatky M, "Persistent Racial Disparities in Survival Following Heart Transplantation" *Circulation* 123:1642-1649 (2011)

52. **Bhattacharya J** and Packalen M "Opportunities And Benefits As Determinants Of The Direction Of Scientific Research"' *Journal of Health Economics* (2011) 30(4):603-15

53. Atella V, **Bhattacharya J**, Carbonari L, "Pharmaceutical Price Controls and Minimum Efficacy Regulation: Evidence from the US and Italy," *Health Services Research* (2012) 47(1 Pt 1):293-308.

54. **Bhattacharya J**, Shaikh AM, and Vytlacil E, "Treatment Effect Bounds: An Application to Swan-Ganz Catheterization," *Journal of Econometrics* (2012) 168(2): 223-243.

55. **Bhattacharya J** and Packalen M, "The *Other* Ex-Ante Moral Hazard in Health"' *Journal of Health Economics* (2012) 31(1):135-46

56. Smith-Spangler C, **Bhattacharya J**, and Goldhaber-Fiebert JD, "Diabetes, Its Treatment, and Catastrophic Medical Spending in 35 Developing Countries" *Diabetes Care* (2012) 35(2):319-26

57. Arroyo A, Wang E, Saynina O, **Bhattacharya J**, Wise P, "The Association Between Insurance Status and Emergency Department Disposition of Injured California Children" *Academic Emergency Medicine* (2012) 19: 541–551.

58. **Bhattacharya J** and Vogt WB, "Do Instrumental Variables Belong in Propensity Scores?" *International Journal of Statistics & Economics* 9(A12) (2012)

59. Goldhaber-Fiebert JD, Rubinfeld RE, **Bhattacharya J**, Robinson TN, Wise PH, "The Utility of Childhood and Adolescent Obesity Assessment in Relation to Adult Health" *Medical Decision Making* (2012) 33(2):163-75.

60. Bendavid E, Holmes CB, **Bhattacharya J**, Miller G, "HIV Development Assistance and Adult Mortality in Africa" *JAMA* 2012;307(21):2060-2067.

61. Perlroth DJ, **Bhattacharya J**, Goldman DP, Garber AM," An economic analysis of conservative management versus active treatment for men with localized prostate cancer," *J Natl Cancer Inst Monogr.* 2012(45):250-7.

**EXHIBIT A**

62. **Bhattacharya J**, Gathmann C, Miller NG, "The Gorbachev Anti-Alcohol Campaign and Russia's Mortality Crisis," *American Economic Journals: Applied Economics* (2013) 5(2):232-60.

63. Erickson K, Tan K, Winkelmayer W, Chertow G, **Bhattacharya J**, "Variation in Nephrologist Visits to Patients on Hemodialysis across Dialysis Facilities and Geographic Locations." *Clinical Journal of the American Society of Nephrology* (2013): 987-994 doi:10.2215/CJN.10171012

64. Bundorf K, Mata R, Schoenbaum M, **Bhattacharya J**, "Are Prescription Drug Insurance Choices Consistent with Expected Utility Theory?" *Health Psychology* (2013) *32*(9), 986.

65. Basu S, Seligman H, **Bhattacharya J,** "Nutritional policy changes in the Supplemental Nutrition Assistance Program: A microsimulation and cost-effectiveness analysis" *Medical Decision Making* (2013) *33*(7), 937-948.

66. Wang NE, Saynina O, Vogel LD, Newgard CD, **Bhattacharya J**, Phibbs CS. The effect of trauma center care on pediatric injury mortality in California, 1999 to 2011. *J Trauma Acute Care Surg*. 2013 Oct;75(4):704-16. doi: 10.1097/TA.0b013e31829a0a65. PMID: 24064887; PMCID: PMC4306425.

67. Nguyen C, Hernandez-Boussard T., Davies SM, **Bhattacharya J**, Khosla RM, Curtin CM, "Cleft Palate Surgery: An Evaluation of Length of Stay, Complications, and Costs by Hospital Type," *The Cleft Palate-Craniofacial Journal*. (2013)

68. Austin D, Luan A, Wang L, **Bhattacharya J,** "Small Increases to Employer Premiums Could Shift Millions of People to the Exchanges and Add Billions of Dollars to Federal Outlays" *Health Affairs* 32.9 (2013): 1531-1537.

69. Bendavid E and **Bhattacharya J**, "The Relationship of Health Aid to Population Health Improvements" *JAMA Internal Medicine* Jun;174(6):881-7. doi: 10.1001/jamainternmed.2014.292. (2014) PMID: 24756557

70. Erickson K, Winkelmayer W, Chertow G, **Bhattacharya J** "Physician Visits and 30-day Hospital Readmissions in Patients Receiving Hemodialysis." *Journal of the American Society of Nephrology* Sep;25(9):2079-87. doi: 10.1681/ASN.2013080879  (2014) PMID: 2481216.

71. Patel RB, Mathur MB, Gould M, Uyeki TM, **Bhattacharya J**, Xiao Y, Khazeni N "Demographic and Clinical Predictors of Mortality from Highly Pathogenic Avian Influenza A (H5N1) Virus Infection: CART Analysis of International Cases." PLoS One Mar 25;9(3):e91630. doi: 10.1371/journal.pone.0091630. eCollection 2014. PMID: 24667532 (2014).

72. Basu S, Seligman H, Gardner C, and **Bhattacharya J**, "Ending SNAP subsidies for sugar-sweetened beverages could reduce obesity and type 2 diabetes" *Health Affairs* Jun;33(6):1032-9. doi: 10.1377/hlthaff.2013.1246 (2014) PMID: 24889953

73. Jena AB, Schoemaker L, and **Bhattacharya J**, "Exposing Physicians to Reduced Residency Work Hours Did Not Adversely Affect Patient Outcomes After Residency" *Health Affairs* 33:1832-1840 (2014)

74. Mathur MB, Patel RB, Gould M, Uyeki TM, **Bhattacharya J**, Xiao Y, Gillaspie Y, Khazeni N, "Global Seasonal Patterns in Human HPAI H5N1 Infection: Analysis of

**EXHIBIT A**

International Cases" *PLoS ONE* Sep 12;9(9):e106171. doi:
10.1371/journal.pone.0106171. eCollection 2014. PMID: 25215608 (2014)

75. **Bhattacharya J**, Vogt WB. "Employment and Adverse Selection in Health
Insurance."  *Forum for Health Economics and Policy* 17(1):79-104. DOI:
10.1515/fhep-2013-0017 (2014)

76. Erickson KF, Winkelmayer WC, Chertow GM, and **Bhattacharya J**. "Medicare
Reimbursement Reform for Provider Visits and Health Outcomes in Patients on
Hemodialysis."  *Forum for Health Economics and Policy* 17(1):53-77 (2014)

77. Park MD, **Bhattacharya J**, Park KT. "Differences in healthcare expenditures for
inflammatory bowel disease by insurance status, income, and clinical care
setting." PeerJ. Sep 23;2:e587. doi: 10.7717/peerj.587 PMID: 25279267 (2014)

78. Erickson KF, Mell MW, Winkelmayer WC, Chertow GM, and **Bhattacharya J**
"Provider Visit Frequency and Vascular Access Interventions in Hemodialysis"
*Clinical Journal of the American Society of Nephrology* (2015) 10(2):269-77. doi:
10.2215/CJN.05540614. PMID: 25587105

79. Chicklis C, MaCurdy T, **Bhattacharya J**, Shafrin J, Zaidi S, and Rogers D "Regional
Growth in Medicare Spending, 1992-2010." *Health Services Research* (2015)
50(5):1574-88. doi: 10.1111/1475-6773.12287 PMID: 25676603

80. Romley JA, Axeen S, Lakdawalla DN, Chernew ME, **Bhattacharya J**, and Goldman
DP. "The Relationship between Commercial Health Care Prices and Medicare
Spending and Utilization." Health Services Research (2015) 50(3):883-96. doi:
10.1111/1475-6773.12262. PMID: 25429755

81. Gidwani R and **Bhattacharya J** "CMS Reimbursement Reform and the Incidence
of Hospital-Acquired Pulmonary Embolism or Deep Vein Thrombosis." *Journal of
General Internal Medicine* 30(5):588-596 (2015)

82. Erickson KF, Mell MW, Winkelmayer WC, Chertow GM, and **Bhattacharya J**
"Provider Visits and Early Vascular Access Placement in Maintenance
Hemodialysis." *Journal of the American Society of Nephrology* 26(8):1990-7
doi:10.1681/ASN.2014050464 (2015)  PMID: 25452668

83. Goldhaber-Fiebert JD, Studdert DM, Farid MS, **Bhattacharya J** "Will Divestment
from Employment-Based Health Insurance Save Employers Money? The Case of
State and Local Governments." *Journal of Empirical Legal Studies* 12(3): 343-394
(2015) DOI: 10.1111/jels.12076

84. Alsan M, Schoemaker L, Eggleston K, Kammili N, Kolli P, **Bhattacharya J**. "Out-of-
pocket health expenditures and antimicrobial resistance in low- and middle-
income countries" *Lancet Infectious Disease* (2015) 15(10):1203-1210

85. Wang L, Haberland C, Thurm C, **Bhattacharya J**, Park KT. "Health Outcomes in US
Children with Abdominal Pain at Major Emergency Departments Associated with
Race and Socioeconomic Status" *PLoS One* 10(8): e0132758 DOI:
10.1371/journal.pone.0132758 (2015)

86. Patel MI, **Bhattacharya J**, Asch SM, Kahn J "Acceptance of Advance Directives
and Palliative Care Referral for Veterans with Advanced Cancer: A Retrospective
Analysis." *The American Journal of Hospice & Palliative Care*
DOI:10.1177/1049909115595216 (2015).

**EXHIBIT A**

**JAY BHATTACHARYA, M.D., Ph.D.** **July 2022**

87. Jena AB, Schoemaker L, **Bhattacharya J**, Seabury SA  (2015) Physician spending and subsequent risk of malpractice claims: observational study. *BMJ* 2015;351:h5516 doi: 10.1136/bmj.h5516.  PMID: 26538498  See also: Jena AB, Schoemaker L, Bhattacharya J, Seabury SA. "Authors' reply to Barbieri and Kovarik, Mariani, and Waxman and Kanzaria." *BMJ*. 2015 351:h6774. doi: 10.1136/bmj.h6774 (2015). PMID: 26668033

88. Richman I, Asch SM, **Bhattacharya J**, Owens DK. "Colorectal Cancer Screening in the Era of the Affordable Care Act" *Journal of General Internal Medicine* (2016) 31(3):315-20. doi: 10.1007/s11606-015-3504-2.  PMID: 26349953

89. Mooney JJ, **Bhattacharya J**, and Dhillon GS Effect of Transplant Center Volume on Cost and Readmissions in Medicare Lung Transplant Recipients, *Annals of the American Thoracic Society* 13(7):1034-41. doi: 10.1513/AnnalsATS.201601-017OC (2016). PMID: 27064753

90. Hurley MP, Schoemaker L, Morton JM, Wren SM, Vogt WB, Watanabe S, Yoshikawa A, **Bhattacharya J**.  "Geographic variation in surgical outcomes and cost between the United States and Japan." *Am J Manag Care*. 22(9):600-7 (2016) PMID: 27662222

91. Erickson KF, Winkelmayer WC, Chertow GM, **Bhattacharya J**. "Hemodialysis Hospitalizations and Readmissions: The Effects of Payment Reform."  *Am J Kidney Dis.* 2016 Nov 14. pii: S0272-6386(16)30524-8. doi: 10.1053/j.ajkd.2016.08.033. (2016) PMID: 27856087

92. Richman I, Asch SM, Bendavid E, **Bhattacharya J**, Owens DK.  "Breast Density Notification Legislation and Breast Cancer Stage at Diagnosis: Early Evidence from the SEER Registry." *J Gen Intern Med*. 32(6):603-609 (2017) doi: 10.1007/s11606-016-3904-y. PMID: 27844260

93. Erickson KF, Zheng Y, Winkelmayer WC, Ho V, **Bhattacharya J**, Chertow GM. "Consolidation in the Dialysis Industry, Patient Choice, and Local Market Competition."*Clin J Am Soc Nephrol.* 12(3):536-545 (2017) doi: 10.2215/CJN.06340616 PMID: 27831510

94. Erickson KF, Winkelmayer WC, Chertow GM, **Bhattacharya J**.  "Effects of physician payment reform on provision of home dialysis." *Am J Manag Care* 22(6):e215-23. (2016) PMID: 27355909

95. Eneriz-Wiemer M, Saynina O, Sundaram V, Lee HC, **Bhattacharya J**, Sanders LM. "Parent Language: A Predictor for Neurodevelopmental Follow-up Care Among Infants With Very Low Birth Weight." *Acad Pediatr*. 16(7):645-52. doi: 10.1016/j.acap.2016.04.004. (2016) PMID: 27130810

96. Chen B, Jalal H, Hashimoto H, Suen SC**,** Eggleston K, Hurley M, Schoemaker L, and **Bhattacharya J**. "Forecasting Trends in Disability in a Super-Aging Society: Adapting the Future Elderly Model to Japan," *Journal of the Economics of Ageing* 8 (2016): 42-51.

97. Liu VX, Fielding-Singh V, Greene JD, Baker JM, Iwashyna TJ, **Bhattacharya J**, Escobar GJ. "The Timing of Early Antibiotics and Hospital Mortality in Sepsis" *Am J Respir Crit Care Med*. (2017) 196(7):856-863. doi: 10.1164/rccm.201609-1848OC PMID: 28345952

**EXHIBIT A**

98. Shaw JG, Farid M, Noel-Miller C, Joseph N, Houser A, Asch SA, **Bhattacharya J**, Flowers L. "Social Isolation and Medicare Spending: Among Older Adults, Objective Social Isolation Increases Expenditures while Loneliness Does Not" *J of Aging and Health* 29(7):1119-1143 (2017)

99. Tran EMT, **Bhattacharya J**, Pershing S. "Self-Reported Receipt of Dilated Fundus Examinations Among Patients with Diabetes: Medical Expenditure Panel Survey, 2002-2013" *American Journal of Ophthalmology* 179:18-24 (2017)  doi: 10.1016/j.ajo.2017.04.009 PMID: 28455116

100.        Lin E, Cheng XS, Chin KK, Zubair T, Chertow GM, Bendavid E, Bhattacharya J. "Home Dialysis in the Prospective Payment System Era" J Am Soc Nephrol 28(10):2993-3004. doi: 10.1681/ASN.2017010041. Epub 2017 May 10. (2017) PMID: 28490435

101.        Hakim I, Hathi S, Nair A, Narula T, **Bhattacharya J**. "Electronic health records and the frequency of diagnostic test orders" *Am J Manag Care*. 23(1):e16-e23. (2017) PMID: 28141935

102. Pollom EL, Wang G, Harris JP, Koong AC, Bendavid E, **Bhattacharya J**, Chang DT. "The Impact of Intensity Modulated Radiation Therapy on Hospitalization Outcomes in the SEER-Medicare Population With Anal Squamous Cell Carcinoma" *Int J Radiat Oncol Biol Phys.* 98(1):177-185. doi: 10.1016/j.ijrobp.2017.01.006. PMID: 28258896 (2017)

103. Kwong JZ, Weng Y, Finnegan M, Schaffer R, Remington A, Curtin C, McDonald KM, **Bhattacharya J**, Hernandez-Boussard T. "Effect of Medicare's Nonpayment Policy on Surgical Site Infections Following Orthopedic Procedures" *Infect Control Hosp Epidemiol.* 38(7):817-822 doi: 10.1017/ice.2017.86.  (2017) PMID: 28487001

104. Chen SP, **Bhattacharya J**, Pershing S. "Vision Loss and Cognition in the US Population of Older Adults, *JAMA Ophthalmology* 135(9):963-970 (2017) DOI: 10.1001/jamaophthalmol.2017.2838 PMID: 28817745 PMCID: PMC5710542

105. Lin E, MaCurdy M, **Bhattacharya J** "MACRA and its Implications for Nephrology" *Journal of American Society of Nephrology* (2017) 28(9):2590-2596. doi: 10.1681/ASN.2017040407

106. Sandhu AT, Heidenreich PA, **Bhattacharya J**, and Bundorf MK "Cardiovascular Testing and Clinical Outcomes in Emergency Department Patients with Chest Pain" *JAMA Internal Medicine* (2017) 177(8):1175-1182 PMID: 28654959 PMCID: PMC5710427 doi:10.1001/jamainternmed.2017.2432

107. Mooney JJ, Hedlin H, Mohabir P, **Bhattacharya J**, & Dhillon GS. "Racial and ethnic disparities in lung transplant listing and waitlist outcomes." *The Journal of Heart and Lung Transplantation*, *37*(3), 394–400. doi:10.1016/j.healun.2017.09.017 (2017)

108. Packalen M and **Bhattacharya J** (2017) "Neophilia Ranking of Scientific Journals" *Scientometrics* 110(1):43-64 PMID: 28713181 PMCID: PMC5506293 doi: 10.1007/s11192-016-2157-1

EXHIBIT A

**JAY BHATTACHARYA, M.D., Ph.D.**                                               **July 2022**

109. Garber AM, Azad TD, Dixit A, Farid M, Sung E, Vail D, **Bhattacharya J** "Medicare savings from conservative management of low back pain" *American Journal of Managed Care* 24(10):e332-e337. (2018)

110. Patel MI, Sundaram V, Desai M, Periyakoil VS, Kahn JS, **Bhattacharya J**, Asch SM, Milstein A, and Bundorf MK. "Effect of a Lay Health Worker Intervention on Goals-of-Care Documentation and on Health Care Use, Costs, and Satisfaction Among Patients with Cancer: A Randomized Clinical Trial." *JAMA Oncol.* 4(10):1359-1366. doi: 10.1001/jamaoncol.2018.2446. (2018)

111. Erickson KF, Winkelmayer WC, Ho V, **Bhattacharya J**, Chertow GM "Market Competition and Health Outcomes in Hemodialysis" *Health Services Research* 53(5):3680-3703. doi: 10.1111/1475-6773.12835. Epub 2018 Feb 22. (2018)

112. Yu JX, Oliver M, Lin J, Chang M, Limketkai BN, Soetikno R, **Bhattacharya J**, Kaltenbach T. Patients Prescribed Direct-Acting Oral Anticoagulants Have Low Risk of Postpolypectomy Complications. *Clinical Gastroenterology and Hepatology*. https://doi.org/10.1016/J.CGH.2018.11.051 17(10 2000-2007.e3 (2018) PMID: 30503964.  PMCID: PMC6541555

113. Patel CJ, **Bhattacharya J**, Ioannidis J, & Bendavid E. "Systematic identification of correlates of HIV infection." *AIDS*, *32*(7):933-943. (2018)

114. McKenzie RB, Sanders L, Bhattacharya J, Bundorf MK  "Health Care System Factors Associated with Transition Preparation in Youth with Special Health Care Needs" Population Health Management 22(1):63-73. doi: 10.1089/pop.2018.0027. Epub 2018 Jun 29  (2019)

115. Erickson KF, Winkelmayer WC, Ho V, Bhattacharya J, Chertow GM "Market Consolidation and Mortality in Patients Initiating Hemodialysis" *Value in Health.* 22(1):69-76. doi: 10.1016/j.jval.2018.06.008. Epub 2018 Jul 27. (2019)

116. Curto V, Einav L, Finkelstein A, Levin J, & **Bhattacharya J**. "Health Care Spending and Utilization in Public and Private Medicare." *American Economic Journal: Applied Economics*, 11(2), 302–332. https://doi.org/10.1257/app.20170295 (2019)

117. Mooney JJ, **Bhattacharya J**, and Dhillon GS "Effect of Broader Geographic Sharing of Donor Lungs on Lung Transplant Waitlist Outcomes" *Journal of Heart and Lung Transplantation* 38(2):136-144. doi: 10.1016/j.healun.2018.09.007. Epub 2018 Sep 14.  (2019)

118. Azad, T., Vail, D., Bentley, J., Han, S., Suarez, P., Varshneya, K., Mittal V, Desai M, **Bhattacharya J**, and Ratliff, J. "Initial Provider Specialty is Associated with Long-term Opiate Use in Patients with Newly Diagnosed Low Back and Lower Extremity Pain." Spine 44(3):211-218. doi: 10.1097/BRS.0000000000002840. (2019)

119. Patel MI, Moore D, **Bhattacharya J**, Milstein A, & Coker TR "Perspectives of Health Care Payer Organizations on Cancer Care Delivery Redesign: A National Study" *Journal of Oncology Practice* 15:1, e46-e55 (2019)

120. Lin E, **Bhattacharya J**, & Chertow GM "Prior Hospitalization Burden and the Relatedness of 30-Day Readmissions in Patients Receiving Hemodialysis."

**EXHIBIT A**

**JAY BHATTACHARYA, M.D., Ph.D.**                                    **July 2022**

*Journal of the American Society of Nephrology*, 30(2), 323–335.
https://doi.org/10.1681/asn.2018080858 (2019)

121. Packalen M, & **Bhattacharya J**. "Age and the Trying Out of New Ideas." *Journal of Human Capital*, 13(2), 341–373. https://doi.org/10.1086/703160 (2019)

122. Patel MI, Ramirez D, Agajanian R, Agajanian H, **Bhattacharya J**, & Bundorf KM "Lay Health Worker-Led Cancer Symptom Screening Intervention and the Effect on Patient-Reported Satisfaction, Health Status, Health Care Use, and Total Costs: Results From a Tri-Part Collaboration." *Journal of Oncology Practice*, https://doi.org/10.1200/JOP.19.00152 (2019)

123. Sandhu AT, Kohsaka S, **Bhattacharya J**, Fearon WF, Harrington RA, & Heidenreich PA. "Association Between Current and Future Annual Hospital Percutaneous Coronary Intervention Mortality Rates." *JAMA Cardiology*, 1–8. https://doi.org/10.1001/jamacardio.2019.3221 (2019)

124. Patel M, Andrea N, **Bhattacharya J**, & Coker TR. "A Community-Partnered, Evidence-Based Approach to Improving Cancer Care Delivery for Low-Income and Minority Patients with Cancer." *Journal of Community Health*, 44(5), 912–920. https://doi.org/10.1007/s10900-019-00632-x (2019)

125. Hamad R, Templeton ZS, Schoemaker L, Zhao M, & **Bhattacharya J**. "Comparing Demographic and Health Characteristics of New and Existing SNAP Recipients: Application of A Machine Learning Algorithm." *The American Journal of Clinical Nutrition*, 109(4), 1164–1172. https://doi.org/10.1093/ajcn/nqy355 (2019)

126. Erickson KF, Zhao B, Niu J, Winkelmayer WC, **Bhattacharya J**, Chertow GM, & Ho V. "Association of Hospitalization and Mortality Among Patients Initiating Dialysis with Hemodialysis Facility Ownership and Acquisitions." *JAMA Network Open*, 2(5), e193987. https://doi.org/10.1001/jamanetworkopen.2019.3987 (2019)

127. Jena AB, Farid M, Blumenthal D, & **Bhattacharya J**. "Association of Residency Work Hour Reform with Long Term Quality and Costs of Care of US Physicians: Observational Study." *BMJ*, 366, l4134. https://doi.org/10.1136/bmj.l4134 (2019).

128. Hamad R, Nguyen TT, **Bhattacharya J**, Glymour MM, & Rehkopf DH. "Educational Attainment and Cardiovascular Disease in The United States: A Quasi-Experimental Instrumental Variables Analysis." *PLoS Medicine*, 16(6), e1002834. https://doi.org/10.1371/journal.pmed.1002834 (2019)

129. Yu JX, Lin JL, Oliver M, Soetikno R, Chang MS, Kwong AJ, Limketkai BN, **Bhattacharya J**, Kaltenbach T. Trends in EMR for Nonmalignant Colorectal Polyps in The United States. *Gastrointestinal Endoscopy*. https://doi.org/10.1016/j.gie.2019.08.004 (2019)

130. Kim D, Chen C, Tysinger B, Park S, Chong MZ, Wang L, Zhao M, Yuan JM, Koh WP, Yoong J, **Bhattacharya J**, Eggleston K. Smoking, life expectancy, and chronic disease in South Korea, Singapore, and the United States: A microsimulation model. Health Econ. 2021 Nov;30 Suppl 1(Suppl 1):92-104.

**EXHIBIT A**

doi: 10.1002/hec.3978. Epub 2019 Dec 4. PMID: 31802569; PMCID: PMC7269831.

131. Ryckman T, Robinson M, Pedersen C, **Bhattacharya J**, Bendavid E. Impact of Feed the Future initiative on nutrition in children aged less than 5 years in sub-Saharan Africa: difference-in-differences analysis. *BMJ*.;367:l6540. Published 2019 Dec 11. doi:10.1136/bmj.l6540 (2019) PMID: 31802569 PMCID: PMC7269831

132. Pan CK, Vail D, **Bhattacharya J**, Cao M, Mruthyunjaya P. (2020) The Effect of Obstructive Sleep Apnea on Absolute Risk of Central Serous Chorioretinopathy. Am J Ophthalmol. 2020 Oct;218:148-155 PMID 32574769

133. Erickson KF, Shen JI, Zhao B, Winkelmayer WC, Chertow GM, Ho V, & **Bhattacharya J**. Safety-Net Care for Maintenance Dialysis in the United States. *J Am Soc Nephrol*. 31(2):424-433. doi:10.1681/ASN.2019040417 (2020) PMID: 31857351 PMCID: PMC7003304

134. Bonde AN, Martinussen T, Lee CJ, Lip GYH, Staerk L, Bang CN, **Bhattacharya J**, Gislason G, Torp-Pedersen C, Olesen JB, Hlatky MA. Rivaroxaban Versus Apixaban for Stroke Prevention in Atrial Fibrillation: An Instrumental Variable Analysis of a Nationwide Cohort. Circ Cardiovasc Qual Outcomes.13(4):e006058. doi:10.1161/CIRCOUTCOMES.119.006058 (2020) PMID: 32283966

135. Sood N, Simon P, Ebner P, Eichner D, Reynolds J, Bendavid E, & **Bhattacharya J** Seroprevalence of SARS-CoV-2-Specific Antibodies Among Adults in Los Angeles County, California, on April 10-11, 2020 [published online ahead of print, 2020 May 18]. *JAMA*.;e208279. doi:10.1001/jama.2020.8279 (2020) PMID: 32421144 PMCID: PMC7235907

136. Packalen M, **Bhattacharya J**. NIH funding and the pursuit of edge science. Proc Natl Acad Sci U S A. 117(22):12011-12016. doi:10.1073/pnas.1910160117 (2020)

137. Alobuia WM, Dalva-Baird NP, Forrester JD, Bendavid E, **Bhattacharya J**, Kebebew E. Racial disparities in knowledge, attitudes and practices related to COVID-19 in the USA [published online ahead of print, 2020 Jun 3]. J Public Health (Oxf). 2020;fdaa069. doi:10.1093/pubmed/fdaa069

138. Shin SH, Lillard DR, **Bhattacharya J**. Understanding the correlation between Alzheimer's Disease polygenic risk, wealth, and the composition of wealth holdings. *Biodemography and Social Biology* (2020) Oct 28;268:113473. doi: 10.1016/j.socscimed.2020.113473

139. Curto V, Einav L, Levin J, and **Bhattacharya J**. Can Health Insurance Competition Work? Evidence from Medicare Advantage. *Journal of Political Economy* (2021) 129(2): 570-606.

140. Sandhu AT, **Bhattacharya J**, Lam J, Bounds S, Luo B, Moran D, Uwilingiyimana AS, Fenson D, Choradia N, Do R, Feinberg L, MaCurdy T, Nagavarapu S. Adjustment for Social Risk Factors Does Not Meaningfully Affect Performance On Medicare's MIPS Clinician Cost Measures. *Health Aff* (Millwood). 2020 Sep;39(9):1495-1503. doi: 10.1377/hlthaff.2020.00440. PMID: 32897780.

EXHIBIT A

141. Kasajima M, Hashimoto H, Suen SC, Chen B, Jalal H, Eggleston K, **Bhattacharya J**. Future projection of the health and functional status of older people in Japan: A multistate transition microsimulation model with repeated cross-sectional data. *Health Econ*. 2020 Jul 14. doi: 10.1002/hec.3986. Epub ahead of print. PMID: 32662080.

142. Lin E, Chertow GM, **Bhattacharya J**, Lakdawalla D. Early Delays in Insurance Coverage and Long-term Use of Home-based Peritoneal Dialysis. Med Care. 2020 Jul;58(7):632-642. doi: 10.1097/MLR.0000000000001350. PMID: 32520837; PMCID: PMC7295012.

143. Peirlinck M, Linka K, Costabal FS, **Bhattacharya J**, Bendavid E, Ioannidis J, Kuhl E (2020), "Visualizing the Invisible: The Effect of Asymptotic Transmission on the Outbreak Dynamics of COVID-19" *Computer Methods in Applied Mechanics and Engineering*. 372: 1 Dec. 2020, 113410. https://doi.org/10.1016/j.cma.2020.113410.

144. Azad, T. D., Zhang, Y., Stienen, M. N., Vail, D., Bentley, J. P., Ho, A. L., Fatemi, P., Herrick, D., Kim, L. H., Feng, A., Varshneya, K., Jin, M., Veeravagu, A., **Bhattacharya, J.,** Desai, M., Lembke, A., & Ratliff, J. K. (2020). Patterns of Opioid and Benzodiazepine Use in Opioid-Naïve Patients with Newly Diagnosed Low Back and Lower Extremity Pain. *Journal of General Internal Medicine*, 35(1), 291–297. https://doi.org/10.1007/s11606-019-05549-8

145. Bendavid E, Oh C, **Bhattacharya J**, Ioannidis J (2020) "Assessing Mandatory Stay-at-Home and Business Closure Effects on the Spread of COVID-19" *European Journal of Clinical Investigation*. 5 January 2021. doi:10.1111/eci.13484

146. Zhang J, Chen Y, Einav L, Levin J, **Bhattacharya J.** Consolidation of primary care physicians and its impact on healthcare utilization. *Health Econ*. 2021 Mar 25. doi: 10.1002/hec.4257. Epub ahead of print. PMID: 33764640.

147. Lin JL, Rigdon J, Van Haren K, Buu M, Saynina O, **Bhattacharya J,** Owens DK, Sanders LM. Gastrostomy Tubes Placed in Children With Neurologic Impairment: Associated Morbidity and Mortality. J Child Neurol. 2021 Mar 22:8830738211000179. doi: 10.1177/08830738211000179. Epub ahead of print. PMID: 33750232.

148. Lin E, Chertow GM, **Bhattacharya J,** Lakdawalla D. Early Delays in Insurance Coverage and Long-term Use of Home-based Peritoneal Dialysis. *Med Care.* 2020 Jul;58(7):632-642. doi: 10.1097/MLR.0000000000001350. PMID: 32520837; PMCID: PMC7295012.

149. Alsan M, Atella V, **Bhattacharya J,** Conti V, Mejia I, Miller G. (2021) Technological Progress and Health Convergence: The Case of Penicillin in Postwar Italy. *Demography* 58 (4): 1473–1498. https://doi.org/10.1215/00703370-9368970

150. Bendavid E, Mulaney B, Sood N, Shah S, Bromley-Dulfano R, Lai C, Weissberg Z, Saavedra-Walker R, Tedrow J, Bogan A, Kupiec T, Eichner D, Gupta R, Ioannidis JPA, **Bhattacharya J.** COVID-19 antibody seroprevalence in Santa Clara County,

California. *Int J Epidemiol.* 2021 Feb 22:dyab010. doi: 10.1093/ije/dyab010. Epub ahead of print. PMID: 33615345; PMCID: PMC7928865.

151. Park, W. G., Sandhu, A., MaCurdy, T., Choradia, N., Schmitt, C., Koscheski, C., Lam, J., Bounds, S., Do, R., Feinberg, L., Vail, D., Nagavarapu, S., & **Bhattacharya, J.** (2021). Development of a Cost Measure for Screening/Surveillance Colonoscopy for the Merit-Based Incentive Payment System. *Gastroenterology*. https://doi.org/10.1053/j.gastro.2021.03.040

152. Sandhu, A. T., Do, R., Lam, J., Blankenship, J., Van Decker, W., Rich, J., Gonzalez, O., Wu, X., Pershing, S., Lin, E., MaCurdy, T. E., **Bhattacharya, J**., & Nagavarapu, S. (2021). Development of the Elective Outpatient Percutaneous Coronary Intervention Episode–Based Cost Measure. *Circulation: Cardiovascular Quality and Outcomes*, 14(3), 6461. https://doi.org/10.1161/circoutcomes.119.006461

153. Duseja R, Andress J, Sandhu AT, **Bhattacharya J**, Lam J, Nagavarapu S, Nilasena D, Choradia N, Do R, Feinberg L, Bounds S, Leoung J, Luo B, Swygard A, Uwilingiyimana A, MaCurdy T. (2021) Development of Episode-Based Cost Measures for the US Medicare Merit-based Incentive Payment System. *JAMA Health Forum.* 2021;2(5):e210451. doi:10.1001/jamahealthforum.2021.0451

154. Tisdale RL, Ma I, Vail D, **Bhattacharya J**, Goldhaber-Fiebert J, Heidenreich PA, Sandhu A. (2021) Availability of Cost-effectiveness Studies for Drugs With High Medicare Part D Expenditures. *JAMA Netw Open*. 2021;4(6):e2113969. doi:10.1001/jamanetworkopen.2021.13969

155. Dalva-Baird NP, Alobuia WM, Bendavid E, **Bhattacharya J**. Racial and ethnic inequities in the early distribution of U.S. COVID-19 testing sites and mortality. *Eur J Clin Invest*. 2021 Aug 14:e13669. doi: 10.1111/eci.13669. Epub ahead of print. PMID: 34390487.

156. Sahoo NK, Mehta MC, Rani PK, Khanna RC, Raman R, **Bhattacharya J**, Das AV, Murthy GVS, Narayanan R. Impact of age-related macular degeneration on diabetic retinopathy: An electronic health record based big data analysis from a tertiary eye centre in South India. Indian J Ophthalmol. 2021 Nov;69(11):3184-3188. doi: 10.4103/ijo.IJO_1175_21. PMID: 34708768; PMCID: PMC8725103.

157. Lin E, Lung KI, Chertow GM, **Bhattacharya J**, Lakdawalla D. Challenging Assumptions of Outcomes and Costs Comparing Peritoneal and Hemodialysis. Value Health. 2021 Nov;24(11):1592-1602. doi: 10.1016/j.jval.2021.05.017. Epub 2021 Jul 30. PMID: 34711359; PMCID: PMC8562882.

158. Zhang J, Chen Y, Einav L, Levin J, **Bhattacharya J**. Consolidation of primary care physicians and its impact on healthcare utilization. Health Econ. 2021 Jun;30(6):1361-1373. doi: 10.1002/hec.4257. Epub 2021 Mar 25. PMID: 33764640.

159. Sandhu AT, Heidenreich PA, Lin J, Parizo J, **Bhattacharya J**, Goldhaber-Fiebert JD. Perks and Pitfalls of Performance-Linked Reimbursement for Novel Drugs: The Case of Sacubitril-Valsartan. Circ Cardiovasc Qual Outcomes. 2022

14

Jan;15(1):e007993. doi: 10.1161/CIRCOUTCOMES.121.007993. Epub 2022 Jan 18. PMID: 35041480.

160. Choradia N, Lam J, Luo B, Bounds S, Yates AJ Jr, Quintana J, Do R, Feinberg L, Sandhu A, Vail D, MaCurdy T, Nagavarapu S, **Bhattacharya J**; , and the Knee Arthroplasty Workgroup. Development of a Knee Arthroplasty Episode-Based Cost Measure for Evaluating Cost in the Merit-Based Incentive Payment System. J Bone Joint Surg Am. 2022 Jan 5;104(1):70-77. doi: 10.2106/JBJS.20.02221. PMID: 34609983.

161. Kasajima M, Eggleston K, Kusaka S, Matsui H, Tanaka T, Son BK, Iijima K, Goda K, Kitsuregawa M, **Bhattacharya J**, Hashimoto H. Projecting prevalence of frailty and dementia and the economic cost of care in Japan from 2016 to 2043: a microsimulation modelling study. Lancet Public Health. 2022 May;7(5):e458-e468. doi: 10.1016/S2468-2667(22)00044-5. PMID: 35487231.


NON-PEER-REVIEWED WORK (69 total)

1. **Bhattacharya J**, Garber AM, MaCurdy T. Cause-Specific Mortality among Medicare Enrollees. *National Bureau of Economic Research Working Paper Series*. 1996;No. 5409.

2. **Bhattacharya J,** Currie J. "Youths at Nutritional Risk : Malnourished or Misnourished?" *National Bureau of Economic Research Working Paper Series*. 2000;No. 7686(7686):483–522.

3. **Bhattacharya J,** Lakdawalla D. Does Medicare Benefit the Poor? New Answers to an Old Question. *National Bureau of Economic Research Working Paper Series*. 2002;No. 9280.

4. **Bhattacharya J.** "Coinsurance, Cost Sharing, and the Demand Managed Behavioral Health Services" *Frontlines: Linking Alcohol Services Research & Practice*, June (2003).

5. **Bhattacharya J**, Lakdawalla D. Time-Inconsistency and Welfare. *National Bureau of Economic Research Working Paper Series*. 2004;No. 10345.

6. Sood N, Alpert A, **Bhattacharya J**. Technology, Monopoly and the Decline of the Viatical Settlements Industry. *National Bureau of Economic Research Working Paper Series*. 2005;No. 11164(March).

7. **Bhattacharya J**, Vogt WB. Employment and Adverse Selection in Health Insurance. *National Bureau of Economic Research Working Paper Series*. 2006;No. 12430(August).

8. **Bhattacharya J.** "Dollars to Doughnuts" *Hoover Digest* 3 (2007).

9. **Bhattacharya J**, Vogt WB. Do Instrumental Variables Belong in Propensity Scores? National Bureau of Economic Research, Inc, NBER Technical Working Papers: 0343; 2007;No. 343.

10. **Bhattacharya J**, Packalen M. Is Medicine an Ivory Tower? Induced Innovation, Technological Opportunity, and For-Profit vs. Non-Profit Innovation. *National Bureau of Economic Research Working Paper Series*. 2008;No. 13862.

11. Atella V, **Bhattacharya J**, Carbonari L. Pharmaceutical Industry, Drug Quality and Regulation: Evidence from US and Italy.  *National Bureau of Economic Research Working Paper Series.* 2008.

12. **Bhattacharya J**. Insuring the near-elderly: how much would Medicare save? *Ann Intern Med*. 2009 Dec 1;151(11):816-7. doi: 10.7326/0003-4819-151-11-200912010-00158. PMID: 19949148.

13. Yoo B-K, Kasajima M, **Bhattacharya J**. Public Avoidance and the Epidemiology of novel H1N1 Influenza A. *National Bureau of Economic Research Working Paper Series*. 2010;15752:1–39.

14. Aranovich G, **Bhattacharya J**, Garber A, MaCurdy T, "Coping with Chronic Disease? Chronic Disease and Disability in Elderly American Population 1982-1999," NBER Working Paper *#14811* (2009)

15. Jena AB, Schoemaker L, **Bhattacharya J**, Seabury SA. "Authors' reply to Barbieri and Kovarik, Mariani, and Waxman and Kanzaria." BMJ. 351:h6774. doi: 10.1136/bmj.h6774.  (2015) PMID: 26668033

16. Gidwani R, **Bhattacharya J**. "CMS Reimbursement Reform: Authors' Reply." *J Gen Intern Med.* 2015 30(11):1588. doi: 10.1007/s11606-015-3465-5. PMID: 26179821

17. **Bhattacharya J**. "A way out of the dismal arithmetic of hepatitis C treatment." *Am J Manag Care*. (6 Spec No.):SP183-4. (2016) PMID: 27266945

18. Liu V, Fielding-Singh V, Iwashyna TJ, **Bhattacharya J**, Escobar G. "Reply to the Timing of Early Antibiotics and Hospital Mortality in Sepsis - Playing Devil's Advocate. *Am J Respir Crit Care Med*. doi: 10.1164/rccm.201704-0774LE. (2017) PMID: 28485627

19. L Flowers, A Houser, C Noel-Miller, J Shaw, **J Bhattacharya** (2017) "Medicare spends more on socially isolated older adults." *AARP Insight on the Issues* 125, 1119-1143.

20. **Bhattacharya J** and Packalen M (2020) Stagnation and Scientific Incentives. *National Bureau of Economic Research Working Paper* #26752. https://www.nber.org/papers/w26752

21. Bendavid E and **Bhattacharya J** "Is the Coronavirus as Deadly as They Say?" Wall Street Journal, March 24, 2020.

22. Bendavid, E., Mulaney, B., Sood, N., Shah, S., Ling, E., Bromley-Dulfano, R., Lai, C., Weissberg, Z., Saavedra, R., Tedrow, J., Tversky, D., Bogan, A., Kupiec, T., Eichner, D., Gupta, R., Ioannidis, J., & **Bhattacharya, J**. (2020). COVID-19 Antibody Seroprevalence in Santa Clara County, California. medRxiv, 2020.04.14.20062463. https://doi.org/10.1101/2020.04.14.20062463

23. **Bhattacharya J** and Packalen M "Lives vs. Lives: The Global Cost of Lockdown" Spectator, May 13, 2020

**EXHIBIT A**

24. **Bhattacharya J** and Packalen M "Focused COVID-19 Restrictions Will Save Lives in Poor Countries", Financial Post, July 3, 2020.

25. **Bhattacharya J** and Agarwal S. "Lift lockdowns, protect the vulnerable, treat Covid like a health issue and not a disaster" The Print. July 24, 2020

26. Fronsdal TL, **Bhattacharya J**, Tamang S. (2020) Variation in Health Care Prices Across Public and Private Payers. *National Bureau of Economic Research Working Paper* #27490. https://www.nber.org/papers/w27490

27. **Bhattacharya J** and Kulldorff M. "The Case Against Covid Tests for the Young and Healthy" Wall Street Journal, Sept. 3, 2020

28. **Bhattacharya J**, Packalen M. On the Futility of Contact Tracing. *Inference* 5(3) September (2020) https://inference-review.com/article/on-the-futility-of-contact-tracing

29. **Bhattacharya J** and Packalen M. Contact Tracing is Far from Futile: A Reply. Inference 6(1) May (2021) https://inference-review.com/letter/contact-tracing-is-far-from-futile

30. **Bhattacharya J.** A Sensible and Compassionate Anti-COVID Strategy. *Imprimis* 49(10). October 2020. https://imprimis.hillsdale.edu/sensible-compassionate-anti-covid-strategy/

31. Kulldorff M, Gupta S, and **Bhattacharya J.** Great Barrington Declaration. Oct. 4, 2020.

32. Kulldorff M, Gupta S, and **Bhattacharya J.** "Lockdowns do More Harm than Good" New York Post. October 6, 2020.

33. **Bhattacharya J.** "Ask Me Anything – Dr. Jay Bhattacharya." r/LockdownSkepticism. *Reddit*. October 17, 2020

34. **Bhattacharya J.** "It is genuinely possible to shield the vulnerable from Covid, while the rest of us go back to normal" The Telegraph. October 20, 2020

35. Kulldorff M, Gupta S, and **Bhattacharya J** "Our COVID-19 plan would minimize mortality and lockdown-induced collateral damage" USA Today, Oct. 22, 2020.

36. **Bhattacharya J** "It's Time for an Alternative to Lockdown" Spectator, Oct. 29, 2020.

37. Kulldorff M, Gupta S, and **Bhattacharya J** "We Should Focus on Protecting the Vulnerable from COVID Infection" Newsweek, Oct. 30, 2020.

38. Kulldorff M and **Bhattacharya J.** "Lockdown Isn't Working" Spectator, Nov. 2, 2020.

39. Kulldorff M, Gupta S, and **Bhattacharya J.** Focused Protection: The Middle Ground between Lockdowns and "Let it Rip". Great Barrington Declaration, Nov. 25, 2020.

40. **Bhattacharya J** and Makridis C "Facts – not fear – will stop the pandemic" The Hill, Dec. 3, 2020.

41. **Bhattacharya J** and Gupta S. "How to End the Lockdowns Next Month" Wall Street Journal, Dec. 17, 2020.

42. Agarwal S and **Bhattacharya J**. "Majority Indians have natural immunity. Vaccinating entire population can cause great harm" The Print. January 11, 2021

**EXHIBIT A**

**JAY BHATTACHARYA, M.D., Ph.D.**                                    **July 2022**

43. Nicholson T and **Bhattacharya J**. "Appropriate Use of PCR Needed for a Focused Response to the Pandemic" The Hill. January 29, 2021.

44. **Bhattacharya J** and Kulldorff M. "Facebook is Silencing Debate on Lockdown." Spiked Online. February 15, 2021.

45. **Bhattacharya J** and Kulldorff M. "California's Failed Response to Covid" Eureka. March 12, 2021.

46. Kulldorff M and **Bhattacharya J.** "One of the Lockdowns' Greatest Casualties Could be Science." The Federalist. March 18, 2021

47. **Bhattacharya J** and Kulldorff M. "Vaccine Passports Prolong Lockdowns" Wall Street Journal. April 6, 2021.

48. **Bhattacharya J.** "Masks for Children, Muzzles for Covid-19 News." Wall Street Journal. April 13, 2021.

49. **Bhattacharya J** and Kulldorff M. "Lockdown proponents can't escape the blame for the biggest public health fiasco in history" The Telegraph. April 24, 2021

50. **Bhattacharya J** and Licon JA. "The High Costs of Lockdowns: An Interview with Dr. Bhattacharya" Eudaimonia Junction. April 26, 2021.

51. **Bhattacharya J**. "Editor's Note: Public Health Loses its Innocence." Collateral Global. May 4, 2021.

52. **Bhattacharya J.** "How the West Can Help India" Spectator. May 6, 2021

53. **Bhattacharya J** and Giubilini A. "Immunity Passports: A Debate Between Jay Bhattacharya and Alberto Giubilini" Lockdown Sceptics. May 7, 2021.

54. **Bhattacharya J**. "Editor's Note: Children Are A Casualty of Lockdown." *Collateral Global*. May 11, 2021.

55. Kopinska JA, Atella V, **Bhattacharya J**, Miller G (2021) The Changing Relationship between Bodyweight and Longevity in High- and Low- Income Countries. National Bureau of Economic Research Working Paper #28813. https://www.nber.org/papers/w28813

56. Toubat O, Berg AH, Sobhani K, Mulligan K, Hori AM, **Bhattacharya J**, Sood N (2021) Manufacturer Signal-to-Cutoff Threshold Underestimates Cumulative Incidence of SARS-CoV-2 Infection: Evidence from the Los Angeles Firefighters Study. *medRxiv*. **doi:** https://doi.org/10.1101/2021.04.20.21255829.

57. Bendavid E, Oh C, **Bhattacharya J**, Ioannidis JPA. Response to Letters Re: 'Assessing mandatory stay- At- Home and business closure effects on the spread of COVID- 19'. *European Journal of Clinical Investigation*. 2021 Mar:e13553. DOI: 10.1111/eci.13553.

58. **Bhattacharya J**. "What Does Lockdown and Focused Protection Mean in Nursing Homes?" Collateral Global. May 18, 2021.

59. **Bhattacharya J**. "Cancer and Lockdown" Collateral Global. May 25, 2021.

60. Kulldorff M and **Bhattacharya J** "It's mad that 'herd immunity' was ever a taboo phrase" The Telegraph, May 27, 2021

61. **Bhattacharya J**, Gupta S, Kulldorff M, "The Beauty of Vaccines and Natural Immunity" Smerconish. June 4, 2021

62. **Bhattacharya J** "Stanford professor challenges SJ Merc's "Coronavirus Lessons Learned" assertions" Opportunity Now.  June 4, 2021

18

**EXHIBIT A**

**JAY BHATTACHARYA, M.D., Ph.D.** **July 2022**

63. **Bhattacharya J** "On the Catastrophic Misapplication of the Precautionary Principle" Collateral Global. June 14, 2021

64. Kulldorff M and **Bhattacharya J** "The Ill-Advised Push to Vaccinate the Young" The Hill, June 17, 2021

65. Bendavid E, Oh C, Bhattacharya J, Ioannidis JPA. Authors Response to Letters to the editor regarding: 'Assessing mandatory stay- At- Home and business closure effects on the spread of COVID- 19'. Eur J Clin Invest. 2021 Jun;51(6):e13553. doi: 10.1111/eci.13553. Epub 2021 Mar 29. PMID: 33756017; PMCID: PMC8250311.

66. Sood N and **Bhattacharya J** "Mandatory Masking of School Children is a Bad Idea" Orange County Register, July 13, 2021.

67. Green T and **Bhattacharya J** "Lockdowns are Killers in the Global South" UnHerd. July 22, 2021.

68. Kulldorff M and **Bhattacharya J** "The Smear Campaign Against the Great Barrington Declaration" Spiked. Aug. 2, 2021

69. **Bhattacharya J** and Boudreaux D "Eradication of COVID is a Dangerous and Expensive Fantasy" Wall Street Journal. Aug. 4, 2021

70. Jay Bhattacharya and Martin Kulldorff, Vaccine Mandates Are Unethical, Alachua Chronicle, November 11, 2021.

71. Jay Bhattacharya, Misinformation and the Ministry of Truth, Testimony to U.S. House of Representatives Select Subcommittee on the Coronavirus Crisis, November 17, 2021

72. Martin Kulldorff and Jay Bhattacharya, A Medical News Site and Its Misinformation, Brownstone Institute, December 4, 2021

73. Scott Atlas, Jay Bhattacharya, and Martin Kulldorff, America Needs a Rebirth of Science, RealClear Science, December 21, 2021

74. Jay Bhattacharya, "We cannot stop the spread of COVID, but we can end the pandemic:, Epoch Times, December 23, 2021

75. Martin Kulldorff and Jay Bhattacharya, "The Collins and Fauci Attack on Traditional Public Health" Epoch Times, December 31, 2021

76. Harvey Risch, Paul E. Alexander, and Jay Bhattacharya, "The emergency must be ended now" Epoch Times, January 23, 2022

77. Jay Bhattacharya and Martin Kulldorff, "How vaccine fanatics fueled vaccine skepticism", Epoch Times, March 6, 2022

78. Bhattacharya J "New Pfizer Data Kills the Case for Universal Child Vaccines" UnHerd. March, 8, 2022

79. Jay Bhattacharya, "Two years later, be honest about what worked and what didn't", Orange County Register, March 20, 2022.

80. Martin Kulldorff and Jay Bhattacharya, "The tragic folly of lockdown", Spiked, March 28, 2022.

81. Martin Kulldorff and Jay Bhattacharya, "For pro-lockdown campaigners, all roads lead to the Kochs", UnHerd, March 29, 2022

82.

19

**EXHIBIT A**

**JAY BHATTACHARYA, M.D., Ph.D.**                                              **July 2022**

BOOKS AND REPORTS (8 total)

1. Yoshikawa A, **Bhattacharya J**, Vogt WB eds. <u>Health Economics of Japan: Patients, Doctors, and Hospitals Under a Universal Health Insurance System</u>, Tokyo: University of Tokyo Press, (1996).

2. Goldman DP, Hurd M, Shekelle PG, Newberry SJ, Panis CWA, Shang B, **Bhattacharya J**, Joyce GF, Lakdawalla D.  <u>Health Status and Medical Treatment of the Future Elderly: Final Report</u>, TR-169-CMS, Santa Monica, CA: RAND (2004).

3. **Bhattacharya J**, Currie J, Haider SJ, Variyam J. Evaluating the Impact of School Nutrition Programs: Final Report. E-FAN-04-008, Washington D.C.: Economic Research Service, USDA (2004).

4. **Bhattacharya J**, Hyde T, Tu P. <u>Health Economics</u>, London: Palgrave-MacMillan, (2013).

5. MaCurdy T, **Bhattacharya J**, Perlroth D, Shafrin J, Au-Yeung A, Bashour H, Chicklis C, Cronen K, Lipton B, Saneinejad S, Shrestha E, Zaidi S.  <u>Geographic Variation in Spending, Utilization, and Quality: Medicare and Medicaid Beneficiaries</u>. Acumen Report to the Institute of Medicine Committee Study of Geographic Variation in Health Care Spending and Promotion of High-Value Health Care, Washington, DC: Institute of Medicine (2013)

6. MaCurdy T, **Bhattacharya J**, Shafrin J, Chicklis C, Cronen K, Friley J, Lipton B, Rogers D, Zaidi S. <u>IOM Study of Geographic Variation: Growth Analysis</u>.  Acumen Report to the Institute of Medicine Committee Study of Geographic Variation in Health Care Spending and Promotion of High-Value Health Care, Washington, DC: Institute of Medicine (2013)

7. **Bhattacharya J**, Chandra A, Chernew M, Goldman D, Jena A, Lakdawalla D, Malani A, Philipson T. <u>Best of Both Worlds: Uniting Universal Coverage and Personal Choice in Health Care</u>, American Enterprise Institute (AEI) White Paper, Washington DC: AEI Press (2013)

8. **Bhattacharya J**, Vail D, Moore D, Vogt W, Choradia N, Do R, Erickson K, Feinberg L, Isara F, Lin E, Narayanan V, Vaikath M, MaCurdy T. <u>Medicare Current State and Future Trends Environment Scan</u>.  Center for Medicare and Medicaid Services (CMS) White Paper (2019)


BOOK CHAPTERS (15 total)

1. **Bhattacharya J**, Garber AM, MaCurdy T. "Cause-Specific Mortality Among Medicare Enrollees," in <u>Inquires in the Economics of Aging</u>, D Wise (ed.), Chicago, IL:  University of Chicago Press. (1997).

2. MaCurdy T, Nechyba T, **Bhattacharya J**. "Ch. 2: An Economic Model of the Fiscal Impacts of Immigration," <u>The Immigration Debate: Studies on the Economic,</u>

**EXHIBIT A**

**JAY BHATTACHARYA, M.D., Ph.D.**                                                                 **July 2022**

Demographic, and Fiscal Effects of Immigration, J Smith (ed.), National Academy of Sciences Commission on Behavioral and Social Sciences and Education: Washington D.C., (1998).

3. **Bhattacharya J**, Currie J. "Youths and Nutritional Risk: Malnourished or Misnourished?" in Risky Behavior Among Youths, J Gruber (ed.), (2001).

4. Yoshikawa A. and **Bhattacharya J**. "Japanese Health Care" in World Health Systems: Challenges and Perspectives, Bruce Fried and Laura M. Gaydos (eds.), Chicago, IL: Health Administration Press (2002).

5. **Bhattacharya J**, Cutler D, Goldman DP, Hurd MD, Joyce GF, Lakdawalla DN, Panis CWA, and Shang B, "Disability Forecasts and Future Medicare Costs" Frontiers in Health Policy Research, Vol. 6, Alan Garber and David Cutler (eds.) Boston, MA: MIT Press (2003).

6. **Bhattacharya J**, Choudhry K, and Lakdawalla D. (2007) "Chronic Disease and Trends in Severe Disability in Working Age Populations" Proceedings from the Institute of Medicine workshop, 'Disability in America: An Update,' Institute of Medicine: Washington, D.C.

7. **Bhattacharya J**, Garber AM, MaCurdy T. "Trends in Prescription Drug Use by the Disabled Elderly" in Developments in the Economics of Aging, D. Wise (ed), Chicago, IL, University of Chicago Press (2009).

8. **Bhattacharya J** and Richmond P "On Work and Health Among the American Poor" in Pathways to Self-Sufficiency: Getting Ahead in an Era Beyond Welfare Reform John Karl Scholz and Carolyn Heinrich (eds), New York, NY, Russell Sage Foundation (2009).

9. **Bhattacharya J**, Garber A, MaCurdy T "The Narrowing Dispersion of Medicare Expenditures 1997-2005" in Research Findings in the Economics of Aging, D. Wise (ed.), Chicago, IL, University of Chicago Press (2010)

10. **Bhattacharya J**, Bundorf MK, Pace N, and Sood N "Does Health Insurance Make You Fat?" in Economic Aspects of Obesity Michael Grossman and Naci Mocan (eds.), Chicago, IL, University of Chicago Press (2010)

11. **Bhattacharya J**, Garber A, Miller M, and Perlroth D "The Value of Progress against Cancer in the Elderly" Investigations in the Economics of Aging, David Wise (ed), Chicago, IL, University of Chicago Press (2012)

12. Yoshikawa A. and **Bhattacharya J**. "Japanese Health Care" in World Health Systems: Challenges and Perspectives, 2nd edition, Bruce Fried and Laura M. Gaydos (eds.), Chicago, IL: Health Administration Press (2012).

13. Hanson, J., Chandra, A., Moss, E., **Bhattacharya, J.** Wolfe, B., Pollak, S.D.. Brain Development and Poverty: Preliminary Findings. In Biological Consequences of Socioeconomic Inequalities. B. Wolfe, T. Seeman, and W. Evans (Eds). NY: Sage. (2012)

14. **Bhattacharya J** "The Diffusion of New Medical Technologies: The Case of Drug-Eluting Stents (A Discussion of Chandra, Malenka, and Skinner)" In Explorations

**EXHIBIT A**

**JAY BHATTACHARYA, M.D., Ph.D.**                                                          **July 2022**

in the Economics of Aging, David Wise (ed.), Chicago, IL, University of Chicago Press (2014).

15. MaCurdy T and **Bhattacharya J** "Challenges in Controlling Medicare Spending: Treating Highly Complex Patients" in Insights in the Economics of Aging, David Wise (ed.) Chicago, IL, University of Chicago Press (2015).

ABSTRACTS (3)

1. Su CK and **Bhattacharya J**. Longitudinal Hospitalization Costs and Outcomes in the Treatment of the Medicare Breast Cancer Patient. *International Journal of Radiation Oncology Biology Physics* (1996); 36(S1): 282. [abstract]

2. Nguyen C, Hernandez-Boussard T., Davies S, **Bhattacharya J**, Khosla R, Curtin C. *Cleft Palate Surgery: Variables of Quality and Patient Safety*. Presented at the 69th Annual American Cleft-Palate Craniofacial Association (2012). [abstract]

3. Patel MI, Ramirez D, Agajanian R, Bhattacharya J, Milstein A, Bundorf MK. "The effect of a lay health worker-led symptom assessment intervention for patients on patient-reported outcomes, healthcare use, and total costs." Journal of Clinical Oncology 36(15 Suppl):6502 [abstract]

**D.  PUBLIC AND PROFESSIONAL SERVICE:**

JOURNAL EDITING
*Journal of Human Capital,* Associate Editor (2015-present)
*American Journal of Managed Care,* Guest Editor (2016)
*Journal of Human Resources,* Associate Editor (2011-13)
*Forum for Health Economics & Policy*, Editorial Board Member (2001-2012)
*Economics Bulletin*, Associate Editor (2004-2009)

SERVICE ON SCIENTIFIC REVIEW AND ADVISORY COMMITTEES (Selected)
- Standing member of the Health Services Organization and Delivery (HSOD) NIH review panel, 2012-2016
- NIH reviewer (various panels, too numerous to list) 2003-present
- NIH Review Panel Chair:  2018 (P01 review), 2020 (DP1 review).
- Invited Reviewer for the European Research Council, ERC Advanced Grant 2015 RFP
- NIH Stage 2 Challenge Grant Review Panel, July 2009
- Appointed a member of an Institute of Medicine (IOM) panel on the regulation of work hours by resident physicians, 2007-8.
- Standing member of the NIH Social Science and Population Studies Review Panel, Fall 2004-Fall 2008
- Invited Reviewer for National Academy of Sciences report on Food Insecurity and Hunger, November 2005.

**EXHIBIT A**

**JAY BHATTACHARYA, M.D., Ph.D.**                                                    **July 2022**

- Invited Reviewer for the National Academy of Sciences report on the Nutrition Data Infrastructure, December 2004
- Invited Reviewer for the National Institute on Health (NIH) Health Services Organization and Delivery Review Panel, June 2004, Alexandria, VA.
- Invited Reviewer for the Food Assistance and Nutrition Research Program US Department of Agriculture Economic Research Service Research Proposal Review Panel, June 2004, Stanford, CA.
- Invited Reviewer for the National Institute on Health (NIH) Social Science and Population Studies Review Panel, February 2004, Alexandria, VA.
- Invited Reviewer for the National Institute on Health (NIH) Social Sciences and Population Studies Review Panel, November 2003, Bethesda, MD.
- Invited Reviewer for the National Institute on Health (NIH) Social Science, Nursing, Epidemiology, and Methods (3) Review Panel, June 2003, Bethesda, MD.
- Invited Reviewer for the Food Assistance and Nutrition Research Program US Department of Agriculture Economic Research Service Research Proposal Review Panel, August 2002.
- Research Advisory Panel on Canadian Disability Measurement, Canadian Human Resources Development Applied Research Branch, June 2001 in Ottowa, Canada.
- Invited Reviewer for the National Institute of Occupational Safety and Health R18 Demonstration Project Grants Review panel in July 2000, Washington D.C.
- Research Advisory Panel on Japanese Health Policy Research.  May 1997 at the Center for Global Partnership, New York, NY.

TESTIMONY TO GOVERNMENTAL PANELS AND AGENCIES (9)
- US Senate Dec. 2020 hearing of the Subcommittee on Homeland Security and Governmental Affairs.  Testimony provided on COVID-19 mortality risk, collateral harms from lockdown policies, and the incentives of private corporations and the government to invest in research on low-cost treatments for COVID-19 disease
- "Roundtable on Safe Reopening of Florida" led by Florida Gov. Ron DeSantis. September 2020.
- "Evaluation of the Safety and Efficacy of COVID-19 Vaccine Candidates" July 2020 hearing of the House Oversight Briefing to the Economic and Consumer Policy Subcommittee.
- US Senate May 2020 virtual roundtable. Safely Restarting Youth Baseball and Softball Leagues, invited testimony
- "Population Aging and Financing Long Term Care in Japan" March 2013 seminar at the Japanese Ministry of Health.
- "Implementing the ACA in California" March 2011 testimony to California Legislature Select Committee on Health Care Costs.
- "Designing an Optimal Data Infrastructure for Nutrition Research" June 2004 testimony to the National Academy of Sciences commission on "Enhancing the Data Infrastructure in Support of Food and Nutrition Programs, Research, and Decision Making," Washington D.C.

**EXHIBIT A**

**JAY BHATTACHARYA, M.D., Ph.D.**                                                    **July 2022**

- "Measuring the Effect of Overtime Reform" October 1998 testimony to the California Assembly Select Committee on the Middle Class, Los Angeles, CA.
- "Switching to Weekly Overtime in California."  April 1997 testimony to the California Industrial Welfare Commission, Los Angeles, CA.

REFEREE FOR RESEARCH JOURNALS

American Economic Review; American Journal of Health Promotion; American Journal of Managed Care; Education Next; Health Economics Letters; Health Services Research; Health Services and Outcomes Research Methodology; Industrial and Labor Relations Review; Journal of Agricultural Economics; Journal of the American Medical Association; Journal of Health Economics; Journal of Health Policy, Politics, and Law; Journal of Human Resources; Journal of Political Economy; Labour Economics; Medical Care; Medical Decision Making; Review of Economics and Statistics; Scandinavian Journal of Economics; Social Science and Medicine; Forum for Health Economics and Policy; Pediatrics; British Medical Journal

| Trainee | Current Position |
| --- | --- |
| Peter Groeneveld, MD, MS | Associate Professor of Medicine, University of Pennsylvania |
| Jessica Haberer, MD, MS | Assistant Professor of Medicine, Harvard Medical School |
| Melinda Henne, MD, MS | Director of Health Services Research, Bethesda Naval Hospital |
| Byung-Kwang Yoo, MD, PhD | Associate Professor, Public Health, UC Davis |
| Hau Liu, MD, MS, MBA | Chief Medical Officer at Shanghai United Family Hospital |
| Eran Bendavid, MD, MS | Assistant Professor, General Medicine Disciplines, Stanford University |
| Kaleb Michaud, MS, PhD | Associate Professor of Medicine, Rheumatology and Immunology, University of Nebraska Medical Center |
| Kanaka Shetty, MD | Natural Scientist, RAND Corporation |
| Christine Pal Chee, PhD | Associate Director of the Health Economics Resource Center, Palo Alto VA |
| Matthew Miller, MD | VP Clinical Strategy and Head of Innovation, Landmark Health |
| Vincent Liu, MD | Research Scientist, Kaiser Permanente Northern California Division of Research |
| Daniella Perlroth, MD | Chief Data Scientist, Lyra Health |
| Crystal Smith-Spangler, MD | Internist, Palo Alto Medical Foundation |
| Barrett Levesque, MD MS | Assistant Professor of Clinical Medicine, UC San Diego Health System |
| Torrey Simons, MD | Clinical Instructor, Department of Medicine, Stanford University |
| Nayer Khazeni, MD | Assistant Professor of Medicine (Pulmonary and Critical Care Medicine), Stanford University |
| Monica Bhargava, MD MS | Assistant Clinical Professor, UCSF School of Medicineilan |
| Dhruv Kazi, MD | Assistant Professor, UCSF School of Medicine |
| Zach Kastenberg, MD | Resident, Department of Surgery, Stanford University |
| Kit Delgado, MD | Assistant Professor, Department of Emergency Medicine and Faculty Fellow, University of Pennsylvania |
| Suzann Pershing, MD | Chief of Ophtalmology for the VA Palo Alto Health Care System |
| KT Park, MD | Assistant Professor, Department of Medicine, Stanford University |
| Jeremy Goldhaber-Fiebert, PhD | Associate Professor, Department of Medicine, Stanford University |
| Sanjay Basu, MD | Assistant Professor, Department of Medicine, Stanford University |
| Marcella Alsan, MD, PhD | Assistant Professor, Department of Medicine (CHP/PCOR), Stanford Univ. |
| David Chan, MD, PhD | Assistant Professor, Department of Medicine (CHP/PCOR), Stanford Univ. |
| Karen Eggleston, PhD | Senior Fellow, Freeman Spogli Institute, Stanford University |
| Kevin Erickson, MD | Assistant Professor, Department of Nephrology, Baylor College of Medicine |
| Ilana Richman, MD | VA Fellow at CHP/PCOR, Stanford University |
| Alexander Sandhu, MD | VA Fellow at CHP/PCOR, Stanford University |

24

**EXHIBIT A**

**JAY BHATTACHARYA, M.D., Ph.D.**                                               **July 2022**

| | |
|---|---|
| Michael Hurley | Medical Student, Stanford University |
| Manali Patel, MD | Instructor, Department of Medicine (Oncology), Stanford University |
| Dan Austin, MD | Resident Physician, Department of Anesthesia, UCSF School of Medicine |
| Anna Luan, MD | Resident Physician, Department of Medicine, Stanford University |
| Louse Wang | Medical Student, Stanford University |
| Christine Nguyen, MD | Resident Physician, Department of Medicine, Harvard Medical School |
| Josh Mooney, MD | Instructor, Department of Medicine (Pulmonary and Critical Care Medicine), Stanford University |
| Eugene Lin, MD | Fellow, Department of Medicine (Nephrology), Stanford University |
| Eric Sun, MD | Assistant Professor, Department of Anesthesia, Stanford University |
| Sejal Hathi | Medical Student, Stanford University |
| Ibrahim Hakim | Medical Student, Stanford University |
| Archana Nair | Medical Student, Stanford University |
| Trishna Narula | Medical Student, Stanford University |
| Daniel Vail | Medical Student, Stanford University |
| Tej Azad | Medical Student, Stanford University |
| Jessica Yu, MD | Fellow, Department of Medicine (Gastroenterology), Stanford University |
| Daniel Vail | Medical Student, Stanford University |
| Alex Sandhu, MD | Fellow, Department of Medicine (Cardiology), Stanford University |
| Matthew Muffly, MD | Clinical Assistant Professor, Dept. of Anesthesia, Stanford University |

**Dissertation Committee Memberships**

| | | | |
|---|---|---|---|
| Ron Borzekowski | Ph.D. in Economics | Stanford University | 2002 |
| Jason Brown | Ph.D. in Economics | Stanford University | 2002 |
| Dana Rapaport | Ph.D. in Economics | Stanford University | 2003 |
| Ed Johnson | Ph.D. in Economics | Stanford University | 2003 |
| Joanna Campbell | Ph.D. in Economics | Stanford University | 2003 |
| Neeraj Sood[*] | Ph.D. in Public Policy | RAND Graduate School | 2003 |
| James Pearce | Ph.D. in Economics | Stanford University | 2004 |
| Mikko Packalen | Ph.D. in Economics | Stanford University | 2005 |
| Kaleb Michaud[*] | Ph.D. in Physics | Stanford University | 2006 |
| Kyna Fong | Ph.D. in Economics | Stanford University | 2007 |
| Natalie Chun | Ph.D. in Economics | Stanford University | 2008 |
| Sriniketh Nagavarapu | Ph.D in Economics | Stanford University | 2008 |
| Sean Young | Ph.D. in Psychology | Stanford University | 2008 |
| Andrew Jaciw | Ph.D. in Education | Stanford University | 2010 |
| Chirag Patel | Ph.D. in Bioinformatics | Stanford University | 2010 |
| Raphael Godefroy | Ph.D. in Economics | Stanford University | 2010 |
| Neal Mahoney | Ph.D. in Economics | Stanford University | 2011 |
| Alex Wong | Ph.D. in Economics | Stanford University | 2012 |
| Kelvin Tan | Ph.D. in Management Science | Stanford University | 2012 |
| Animesh Mukherjee | Masters in Liberal Arts Program | Stanford University | 2012 |
| Jeanne Hurley | Masters in Liberal Arts Program | Stanford University | 2012 |
| Patricia Foo | Ph.D. in Economics | Stanford University | 2013 |
| Michael Dworsky | Ph.D. in Economics | Stanford University | 2013 |
| Allison Holliday King | Masters in Liberal Arts Program | Stanford University | 2013 |
| Vilsa Curto | Ph.D. in Economics | Stanford University | 2015 |
| Rita Hamad | Ph.D. in Epidemiology | Stanford University | 2016 |
| Atul Gupta | Ph.D. in Economics | Stanford University | 2017 |
| Yiwei Chen | Ph.D. in Economics | Stanford University | 2019 |
| Yiqun Chen | Ph.D. in Health Policy | Stanford University | 2020 |
| Min Kim | Ph.D. in Economics | Iowa State Univ. | 2021 |
| Bryan Tysinger | Ph.D. in Public Policy | RAND Graduate School | 2021 |

**EXHIBIT A**

**JAY BHATTACHARYA, M.D., Ph.D.**                                                **July 2022**

### E.  GRANTS AND PATENTS

PATENT (2)

1. "Environmental Biomarkers for the Diagnosis and Prognosis for Type 2 Diabetes Mellitus" with Atul Butte and Chirag Patel (2011), US Patent (pending).
2. "Health Cost and Flexible Spending Account Calculator" with Schoenbaum M, Spranca M, and Sood N (2008), U.S. Patent No. 7,426,474.

GRANTS AND SUBCONTRACTS (42)

CURRENT (6)

| | |
|---|---|
| 2019-2020 | Funder: Acumen, LLC.<br>Title: Quality Reporting Program Support for the Long-Term Care Hospital, Inpatient Rehabilitation Facility, Skilled Nursing Facility QRPs and Nursing Home Compare<br>Role: PI |
| 2018-2020 | Funder: Acumen, LLC.<br>Title: Surveillance Activities of Biologics<br>Role: PI |
| 2018-2020 | Funder: France-Stanford Center for Interdisciplinary Studies<br>Title: A Nutritional Account of Global Trade: Determinants and Health Implications<br>Role: PI |
| 2017-2023 | Funder: National Institutes of Health<br>Title: The Epidemiology and Economics of Chronic Back Pain<br>Role: Investigator (PI: Sun) |
| 2017-2021 | Funder: National Institutes of Health<br>Title: Big Data Analysis of HIV Risk and Epidemiology in Sub-Saharan Africa<br>Role: Investigator (PI: Bendavid) |
| 2016-2020 | Funder: Acumen, LLC.<br>Title: MACRA Episode Groups and Resource Use Measures II<br>Role: PI |

PREVIOUS (36)

| | |
|---|---|
| 2016-2018 | Funder: University of Kentucky<br>Title: Food acquisition and health outcomes among new SNAP recipients since the Great Recession<br>Role: PI |

**EXHIBIT A**

**JAY BHATTACHARYA, M.D., Ph.D.**                                    **July 2022**

2015-2019          Funder: Alfred P. Sloan Foundation
                   Title: Public versus Private Provision of Health Insurance
                   Role: PI
2015-2019          Funder: Natural Science Foundation
                   Title: Health Insurance Competition and Healthcare Costs
                   Role: Investigator (PI: Levin)
2014-2015          Funder: The Centers for Medicare and Medicaid Services
                   Title: Effect of Social Isolation and Loneliness on Healthcare Utilization
                   Role: PI
2014-2015          Funder: AARP
                   Title: The Effect of Social Isolation and Loneliness on Healthcare Utilization
                   and Spending among Medicare Beneficiaries
                   Role: PI
2013-2019          Funder: National Bureau of Economic Research
                   Title: Innovations in an Aging Society
                   Role: PI
2013-2014          Funder: Robert Wood Johnson Foundation
                   Title: Improving Health eating among Children through Changes in
                   Supplemental Nutrition Assistance Program (SNAP)
                   Role: Investigator (PI: Basu)
2011-2016          Funder: National Institutes of Health (R37)
                   Title: Estimating the Potential Medicare Savings from Comparative
                   Effectiveness Research
                   Role: PI Subaward (PI: Garber)
2011-2016          Funder: National Institute of Aging (P01)
                   Title: Improving Health and Health Care for Minority and Aging Populations
                   Role: PI Subcontract (PI: Wise)

**EXHIBIT A**

**JAY BHATTACHARYA, M.D., Ph.D.**                                              **July 2022**

| | |
|---|---|
| 2010-2018 | Funder: National Institutes of Health |
| | Title: Clinic, Family & Community Collaboration to Treat Overweight and Obese Children |
| | Role: Investigator (PI: Robinson) |
| 2010-2014 | Funder: Agency for Health, Research and Quality (R01) |
| | Title: The Effects of Private Health Insurance in Publicly Funded Programs |
| | Role: Investigator (PI: Bundorf) |
| 2010-2013 | Funder: Agency for Healthcare Research and Quality |
| | Title: G-code" Reimbursement and Outcomes in Hemodialysis |
| | Role: Investigator (PI: Erickson) |
| 2010-2013 | Funder: University of Southern California |
| | Title: The California Medicare Research and Policy Center |
| | Role: PI |
| 2010-2012 | Funder: University of Georgia |
| | Title: Natural Experiments and RCT Generalizability: The Woman's Health Initiative |
| | Role: PI |
| 2010-2011 | Funder: National Bureau of Economic Research |
| | Title: Racial Disparities in Health Care and Health Among the Elderly |
| | Role: PI |
| 2009-2020 | Funder: National Institute of Aging (P30) |
| | Title: Center on the Demography and Economics of Health and Aging |
| | Role: PI (2011-2020) |
| 2009-2011 | Funder: Rand Corporation |
| | Title: Natural Experiments and RCT Generalizability: The Woman's Health Initiative |
| | Role: PI |
| 2008-2013 | Funder: American Heart Association |
| | Title: AHA-PRT Outcomes Research Center |
| | Role: Investigator (PI: Hlatky) |
| 2007-2009 | Funder: National Institute of Aging (R01) |
| | Title: The Economics of Obesity |
| | Role:  PI |
| 2007-2009 | Funder:  Veterans Administration, Health Services Research and Development Service |
| | Title: Quality of Practices for Lung Cancer Diagnosis and Staging |
| | Role: Investigator |
| 2007-2008 | Funder: Stanford Center for Demography and Economics of Health and Aging |

**EXHIBIT A**

**JAY BHATTACHARYA, M.D., Ph.D.**                                                              **July 2022**

                         Title: The HIV Epidemic in Africa and the Orphaned Elderly
                         Role: PI

2007               Funder: University of Southern California
                         Title:  The Changes in Health Care Financing and Organization Initiative
                         Role: PI

2006-2010      Funder: National Institute of Aging (K02)
                         Title: Health Insurance Provision for Vulnerable Populations
                         Role: PI

2006-2010      Funder: Columbia University/Yale University
                         Title: Dummy Endogenous Variables in Threshold Crossing Models, with Applications to Health Economics
                         Role: PI

2006-2007      Funder: Stanford Center for Demography and Economics of Health and Aging
                         Title: Obesity, Wages, and Health Insurance
                         Role: PI

2005-2009      Funder: National Institute of Aging (P01 Subproject)
                         Title: Medical Care for the Disabled Elderly
                         Role: Investigator (PI: Garber)

2005-2008      Funder: National Institute of Aging (R01)
                         Title: Whom Does Medicare Benefit?
                         Role: PI Subcontract (PI: Lakdawalla)

2002               Funder: Stanford Center for Demography and Economics of Health and Aging
                         Title: Explaining Changes in Disability Prevalence Among Younger and Older American Populations
                         Role: PI

2001-2003      Funder: Agency for Healthcare Research and Quality (R01)
                         Title: State and Federal Policy and Outcomes for HIV+ Adults
                         Role: PI Subcontract (PI: Goldman)

2001-2002      Funder: National Institute of Aging (R03)
                         Title: The Economics of Viatical Settlements
                         Role: PI

2001-2002      Funder: Robert Woods Johnson Foundation
                         Title: The Effects of Medicare Eligibility on Participation in Social Security Disability Insurance
                         Role: PI Subcontract (PI: Schoenbaum)

2001-2002      Funder: USDA
                         Title: Evaluating the Impact of School Breakfast and Lunch
                         Role: Investigator

2001-2002      Funder: Northwestern/Univ. of Chicago Joint Center on Poverty
                         Title: The Allocation of Nutrition with Poor American Families
                         Role: PI Subcontract        (PI: Haider)

2000-2002      Funder: National Institute on Alcohol Abuse & Alcoholism (R03)
                         Title: The Demand for Alcohol Treatment Services
                         Role: PI

**EXHIBIT A**

2000-2001        Funder: USDA
                 Title: How Should We Measure Hunger?
                 Role: PI Subcontract (PI: Haider)


## F.   SCHOLARSHIPS AND HONORS

- Phi Beta Kappa Honor Society, 1988
- Distinction and Departmental Honors in Economics, Stanford University, 1990
- Michael Forman Fellowship in Economics, Stanford University, 1991-1992
- Agency for Health Care Policy and Research Fellowship 1993-1995
- Outstanding Teaching Assistant Award, Stanford University, Economics, 1994
- Center for Economic Policy Research, Olin Dissertation Fellowship, 1997-1998
- Distinguished Award for Exceptional Contributions to Education in Medicine, Stanford University, 2005, 2007, and 2013.
- Dennis Aigner Award for the best applied paper published in the *Journal of Econometrics*, 2013


## G.   LIST OF CASES IN WHICH I PREVIOUSLY OFFERED EXPERT WITNESS TESTIMONY

- *R.K., et al. v. Lee*, No. 3:21-cv-00725 (M.D. Tenn. 2021)
- *SID BOYS CORP. d/b/a Kellogg's Diner, and 143 Cafe Inc. d/b/a Toscana v. Cuomo, et al.*, No. 1:20-cv-6249 (E.D.N.Y. 2020)
- *Tandon v. Newsom*, No. 5:20-cv-07108-LHK (N.D.Cal. 2020)
- *Kane v. De Blasio,* No. 21-CV-7863 (VEC), 2021 U.S. Dist. LEXIS 239124 (S.D.N.Y. Dec. 2021)
- *Netzer Law Office, P.C. and Donald L. Netzer v. Montana*, DV-2021-089 (Mont. Seventh Jud. Dist. 2021).
- *UnifySCC v. Cody*, No. 22-cv-01019-BLF, 2022 U.S. Dist. LEXIS 116386 (N.D. Cal. June 30, 2022)
- *Calvary Chapel of Ukiah v. Newsom*, 524 F. Supp. 3d 986, 1000 (E.D. Cal. 2021)
- *Gateway City Church v. Newsom*, 516 F. Supp. 3d 1004, 1020 (N.D. Cal. 2021)
- *Brach v. Newsom*, No. 2:20-cv-06472-SVW-AFM, 2020 U.S. Dist. LEXIS 232008 (C.D. Cal. 2020)
- *S. Bay United Pentecostal Church v. Newsom*, 494 F. Supp. 3d 785 (S.D. Cal. 2020)
- *Hernandez v. Grisham*, 494 F. Supp. 3d 1044 (D.N.M. 2020)
- *DeSantis v. Fla. Educ. Ass'n,* 306 So. 3d 1202 (Fla. Dist. Ct. App. 2020)
- *Cty. of L.A. Dep't of Pub. Health v. Superior Court,* 61 Cal. App. 5th 478, 275 Cal. Rptr. 3d 752 (2021) and *California Restaurant Association, Inc. v. County of Los Angeles Department of Public Health*, No. 20STCP03881 (Cal.Super. 2020)
- <u>*Cross Culture Christian Ctr. v. Newsom*</u>, 445 F. Supp. 3d 758, 763 (E.D. Cal. 2020)

**EXHIBIT A**

DATED this 15th day of July, 2022.

Austin Knudsen
Montana Attorney General

DAVID M.S. DEWHIRST
  Solicitor General

*/s/Brent Mead*
BRENT MEAD
  *Assistant Attorney General*
CHRISTIAN CORRIGAN
  Assistant Solicitor Generals
P.O. Box 201401
Helena, MT 59620-1401
christian.corrigan@mt.gov.
brent.mead2@mt.gov

EMILY JONES
  *Special Assistant Attorney General*
115 N. Broadway, Suite 410
Billings, MT  59101
Phone: (406) 384-7990
emily@joneslawmt.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing was delivered by

email to the following:

Justin K. Cole:
jkcole@garlington.com
dvtolle@garlington.com

Kathryn Mahe:
ksmahe@garlington.com
kjpeterson@garlington.com

Raphael Graybill:
rgraybill@silverstatelaw.net


Date: _____July 15, 2022_____          _____

                                       Dia C. Lang