Justin K. Cole
Kathryn S. Mahe
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT 59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
jkcole@garlington.com
ksmahe@garlington.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> and <br><br> MONTANA NURSES ASSOCIATION, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> AUSTIN KNUDSEN, et al., <br><br> Defendants. | CV 21-108-M-DWM <br><br><br> PLAINTIFFS AND PLAINTIFF-INTERVENOR'S JOINT MOTION IN LIMINE TO EXCLUDE IMPROPERLY DISCLOSED EXPERT OPINIONS |

Plaintiffs and Plaintiff-Intervenor hereby jointly move the Court in limine to exclude the improperly disclosed opinions of Defendants' experts, Jayanta Bhattacharya, M.D., Ph.D. and Ram Duriseti, M.D., Ph.D. Given Defendants

specifically attempted to elicit untimely and improper opinions during their experts' depositions, Defendants should be precluded from offering or eliciting any opinions that were not disclosed in the initial reports of Dr. Bhattacharya or Dr. Duriseti.

This motion is supported by the accompanying brief and the Foundational Declaration of Kathryn Mahe.

Counsel for Defendants has been contacted and they oppose this motion.

DATED this 31st day of August, 2022.

        /s/ Kathryn S. Mahe
        Attorneys for Plaintiffs

        /s/ Raph Graybill
        Attorney for Plaintiff-Intervenor