AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
  *Solicitor General*
CHRISTIAN B. CORRIGAN
  *Deputy Solicitor General*
BRENT MEAD
 *Assistant Solicitor General*
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
david.dewhirst@mt.gov
christian.corrigan@mt.gov
brent.mead2@mt.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, ET. AL., <br><br> *Plaintiffs,* <br><br> and <br><br> MONTANA NURSES ASSOCIATION, <br><br> *Plaintiff-Intervenors,* <br><br> v. <br><br> AUSTIN KNUDSEN, ET AL., <br><br> *Defendants.* | No. CV-21-108-M-DWM <br><br><br> **DEFENDANTS' MOTION IN LIMINE TO EXCLUDE DR. LAUREN WILSON** |

Defendants move the Court in limine to exclude, in toto, the opinions of Plaintiff-Intervenor's expert Dr. Lauren Wilson. Her opinions are either unreliable, so vague and generic as to be unhelpful, or both.

This motion is supported by the accompanying brief, the Foundational Declaration of Brent Mead, and that declaration's exhibit 1.

Counsel for Plaintiffs and Plaintiff-Intervenor have been contacted and they oppose this motion.

DATED this 2nd day of September, 2022.

>	Austin Knudsen
>	Montana Attorney General
>
>	DAVID M.S. DEWHIRST
>	  Solicitor General
>
>	*/s/Brent Mead*
>	BRENT MEAD
>	  *Assistant Solicitor General*
>	CHRISTIAN CORRIGAN
>	  *Deputy Solicitor General*
>	P.O. Box 201401
>	Helena, MT 59620-1401
>	christian.corrigan@mt.gov.
>	brent.mead2@mt.gov
>
>	*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: <u>September 2, 2022</u>   /s/ *Brent Mead*
                                                                   BRENT MEAD