AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
  *Solicitor General*
CHRISTIAN B. CORRIGAN
  *Deputy Solicitor General*
BRENT MEAD
 *Assistant Solicitor General*
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
david.dewhirst@mt.gov
christian.corrigan@mt.gov
brent.mead2@mt.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA,
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, ET. AL., *Plaintiffs*, and MONTANA NURSES ASSOCIATION, *Plaintiff-Intervenors*, v. AUSTIN KNUDSEN, ET AL., *Defendants*. | No. CV-21-108-M-DWM **DEFENDANTS' MOTION IN LIMINE TO LIMIT THE TESTIMONY OF DR. DAVID TAYLOR** |

Defendants move the Court in limine to exclude parts of the opinions of Plaintiffs' expert Dr. David Taylor. Portions of his opinion are unreliable and unhelpful to this case. Other parts improperly offer conclusions of law. Defendants request the Court exclude limit Taylor's testimony and exclude at least paragraphs 23, 24, 55, and 56 of his expert report. Additionally, the Court should either exclude or limit testimony as to the opinion expressed in paragraph 49 of his expert report.

This motion is supported by the accompanying brief, the Foundational Declaration of Brent Mead, and that declaration's exhibit 4.

Counsel for Plaintiffs and Plaintiff-Intervenor have been contacted and they oppose this motion.

DATED this 2nd day of September, 2022.

    Austin Knudsen
    Montana Attorney General

    DAVID M.S. DEWHIRST
     Solicitor General

       */s/Brent Mead*
       BRENT MEAD
        *Assistant Solicitor General*
       CHRISTIAN CORRIGAN
        *Deputy Solicitor General*
       P.O. Box 201401
       Helena, MT 59620-1401
       christian.corrigan@mt.gov.
       brent.mead2@mt.gov

       *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: September 2, 2022 /s/ *Brent Mead*
BRENT MEAD