AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
 *Solicitor General*
CHRISTIAN B. CORRIGAN
 *Deputy Solicitor General*
BRENT MEAD
 *Assistant Solicitor General*
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
david.dewhirst@mt.gov
christian.corrigan@mt.gov
brent.mead2@mt.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA,
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, ET. AL., *Plaintiffs,* and MONTANA NURSES ASSOCIATION, *Plaintiff-Intervenors,* v. AUSTIN KNUDSEN, ET AL., *Defendants.* | No. CV-21-108-M-DWM **DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PORTIONS OF MONTANA DEPARTMENT OF JUSTICE'S, MONTANA DEPARTMENT OF LABOR AND INDUSTRY'S, MONTANA HUMAN RIGHTS BUREAU'S, AND MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES' 30(b)(6) TESTIMONY** |

Defendants move the Court in limine to exclude improper legal contention testimony from Defendants' and third-party's Rule 30(b)(6) deponents. Such testimony is outside the scope of Rule 30(b)(6). This Court should prevent the use of such improper testimony by Plaintiffs and exclude the testimony of Montana Department of Justice, Montana Department of Labor and Industry, Montana Human Rights Bureau, and Montana Department of Public Health and Human Services referenced in paragraphs 9, 20, 45, 69, 70, 71, 78, 81, 82, 85, 86, 87, 92, and 93 of Plaintiffs' Statement of Undisputed Facts (Doc. 83).

This motion is supported by the accompanying brief and the Foundational Declaration of Brent Mead and that declaration's exhibits 7–10.

Counsel for Plaintiffs were contacted but provided no position on this motion for want of additional information. Defendants assume they will oppose. Plaintiff-Intervenor was likewise contacted and they oppose this motion.

DATED this 2nd day of September, 2022.

        Austin Knudsen
        Montana Attorney General

        DAVID M.S. DEWHIRST
         Solicitor General

        */s/Brent Mead*
        BRENT MEAD
         *Assistant Solicitor General*
        CHRISTIAN CORRIGAN
         *Deputy Solicitor General*
        P.O. Box 201401
        Helena, MT 59620-1401
        christian.corrigan@mt.gov
        brent.mead2@mt.gov

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: September 2, 2022

/s/ *Brent Mead*
BRENT MEAD