AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
  *Solicitor General*
CHRISTIAN B. CORRIGAN
  *Deputy Solicitor General*
BRENT MEAD
 *Assistant Solicitor General*
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
david.dewhirst@mt.gov
christian.corrigan@mt.gov
brent.mead2@mt.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA,
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, ET. AL., <br><br> *Plaintiffs,* <br><br> and <br><br> MONTANA NURSES ASSOCIATION, <br><br> *Plaintiff-Intervenors,* <br><br> v. <br><br> AUSTIN KNUDSEN, ET AL., <br><br> *Defendants.* | No. CV-21-108-M-DWM <br><br> **DEFENDANTS' MOTION IN LIMINE TO EXCLUDE FURTHER TESTIMONY OR EVIDENCE ON SUBJECTS RELATED TO PLAINTIFFS INVOCATION OF THE FIFTH AMENDMENT** |

Defendants move the Court in limine to exclude any testimony or evidence related to the issues leading to invocation of the privilege and draw all proper adverse inferences based on the invocation of the privilege.

This motion is supported by the accompanying brief and the Foundational Declaration of Brent Mead and that declaration's exhibits 11–13.

Counsel for Plaintiffs were contacted but provided no position on this motion for want of additional information. Defendants assume they will oppose. Plaintiff-Intervenor was likewise contacted and they oppose this motion.

DATED this 2nd day of September, 2022.

> Austin Knudsen
> Montana Attorney General
>
> DAVID M.S. DEWHIRST
>  Solicitor General

*/s/Brent Mead*
BRENT MEAD
 *Assistant Solicitor General*
CHRISTIAN CORRIGAN
 *Deputy Solicitor General*
P.O. Box 201401
Helena, MT 59620-1401
christian.corrigan@mt.gov
brent.mead2@mt.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: <u>September 2, 2022</u>            /s/ *Brent Mead*
                                           BRENT MEAD