**Defendants' Witness List – Will Call**

Case Name: *Montana Medical Association, et al. v. Knudsen, et al.*

Cause No.: CV 21-108-M-DWM

| Name | City & State | Manner of Presentation | Expert/Date of Report | Dep. Expert/Summary | Objections |
|---|---|---|---|---|---|
| Dr. Jay Bhattacharya | Palo Alto, CA | Direct-Expert Report; Cross-examination will be remote | Yes. July 15, 2022 | | |
| Dr. Ram Duriseti | Palo Alto, CA | Direct-Expert Report; Cross-examination will be remote | Yes. July 15, 2022 | | |
| Marieke Beck. Human Rights Bureau Rule 30(b)(6) designee. | Helena, MT | In person | No. | | |
| Carter Anderson | Butte, MT | In person | No. | | |