Justin K. Cole
Kathryn S. Mahe
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT 59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
jkcole@garlington.com
ksmahe@garlington.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>and<br><br>MONTANA NURSES ASSOCIATION,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>AUSTIN KNUDSEN, et al.,<br><br>Defendants. | CV 21-108-M-DWM<br><br><br>JOINT UNOPPOSED MOTION FOR WITNESSES TO APPEAR VIA VIDEOCONFERENCE |

The parties, through counsel, respectfully request the Court permit the following witnesses, if called, to appear and provide testimony at trial through videoconference:

<u>Plaintiffs' Witnesses</u>

1. Wallace Page

2. Diana Jo Page

3. Cheyenne Smith

<u>Defendants' Witnesses</u>

1. Ram Duriseti (for cross-examination and re-direct only)

2. Jaynta Bhattacharya (for cross-examination and re-direct only)

DATED this 17th day of October, 2022.


    /s/  Justin K. Cole
Attorneys for Plaintiffs

    /s/  Raph Graybill
Attorneys for Plaintiffs

    /s/  Brent Mead
Attorneys for Defendants