IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, et al.,<br><br>　　　　Plaintiffs,<br><br>and<br><br>MONTANA NURSES ASSOCIATION,<br><br>　　　　Plaintiff-Intervenor,<br><br>vs.<br><br>AUSTIN KNUDSEN, et al.,<br><br>　　　　Defendants. | CV 21–108–M–DWM<br><br>ORDER |

　　　　The parties having moved unopposed for leave to have witnesses appear remotely at trial,

　　　　IT IS ORDERED that the motion (Doc. 149) is GRANTED.  Plaintiffs' witnesses Wallace Page, Diana Jo Page, and Cheyenne Smith may testify via Zoom.  Defendants' witnesses Ram Duriseti and Jaynta Bhattacharya (anticipated to be called for cross-examination and re-direct only) may testify via Zoom.  The

1

meeting information will be emailed to the parties prior to the hearing. Each party has the obligation to ensure their witness is available and able to connect at the required time.

DATED this 18th day of October, 2022.

Donald W. Molloy, District Judge
United States District Court