IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>AUSTIN KNUDSEN, et al.,<br><br>Defendants. | CV 21–108–M–DWM<br><br>ORDER |

Having reviewed the final pretrial conference record, the docket, and the parties' exhibits lists,

IT IS ORDERED that:

(1) The following will-offer exhibits are not objected to and are admitted: 5, 9, 12, 38, 39, 40, 42, 44, 54, 55, 56, 57, 58, 59, 62, 63, 64, 66, 72, 74, 100, 101, 102, 105, 106, 107, 108, 109, 110, 115, 118, 119, 206, 207, 208, 209, 210, 211, 212, 213, 214, and 215.  (*see* Doc. 143.)

1

(2) The following will-offer exhibits were objected to, however their admissibility was considered in the October 18, 2022 ruling on the parties' motions in limine, and are therefore admitted: 1, 2, 3, 8, 21, 22, 23, 25, and 28. (*see* Doc. 150.)

DATED this 25th day of October, 2022.

Donald W. Molloy, District Judge
United States District Court