IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

MONTANA MEDICAL ASSOCIATION, et al.,

    Plaintiffs,

vs.

AUSTIN KNUDSEN, et al.,

    Defendants.

CV 21-108-M-DWM

BENCH TRIAL WITNESS LIST

| | **WITNESS:** | **Date Testified** |
|---|---|---|
| 1. | Dr. David King | 10/24/2022 |
| 2. | Mark Carpenter | 10/24/2022 |
| 3. | Dr. David Taylor | 10/24/2022 |
| 4. | Dr. Lauren Wilson | 10/24/2022 |
| 5. | Dr. Gregory Holzman | 10/24/2022 |
| 6. | Wallace Page (via Zoom) | 10/25/2022 |
| 7. | Diana Jo Page (via Zoom) | 10/25/2022 |
| 8. | Dr. Bonnie Stephens | 10/25/2022 |
| 9. | Meghan Morris | 10/25/2022 |
| 10. | Vicky Byrd | 10/25/2022 |
| 11. | Kirk Bodlovic | 10/25/2022 |
| 12. | Marieke Beck | 10/25/2022 |
| 13. | John O'Connor | 10/25/2022 |