IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA MEDICAL ASSOCIATION, et al.,<br><br>       Plaintiffs,<br><br>and<br><br>MONTANA NURSES ASSOCIATION,<br><br>       Plaintiff–Intervenor,<br><br>vs.<br><br>AUSTIN KNUDSEN, et al.,<br><br>       Defendants. | CV 21-108-M-DWM<br><br>JUDGMENT |

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Court's Findings of Fact and Conclusions of Law (Doc. 162). Defendants are permanently enjoined from enforcing Montana Code Annotated § 49-2-312 in health care settings. Defendants are further enjoined from enforcing the law as it relates to the COVID-19 vaccine against all health care facilities and individual

practitioners and clinics subject to the Center for Medicare and Medicaid Services Interim Final Rule so long as that Rule remains in effect.

Dated this 9th day of December, 2022.

TYLER P. GILMAN, CLERK

_____