IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| MONTANA MEDICAL ASSOCIATION, et al., | CV 21–108–M–DWM |
| Plaintiffs, | |
| and | ORDER |
| MONTANA NURSES ASSOCIATION, | |
| Plaintiff-Intervenor, | |
| vs. | |
| AUSTIN KNUDSEN, Montana Attorney General, and LAURIE ESAU, Montana Commissioner of Labor and Industry, | |
| Defendants. | |

IT IS ORDERED that the parties in the above-captioned matter may retrieve

their trial exhibit binders from the Clerk of Court at the Russell Smith Federal

1

Courthouse until 1:00 p.m. on January 27, 2023.  If the binders are not retrieved by

that date, the Clerk will dispose of them.

DATED this 23rd day of January, 2023.

_____
Donald W. Molloy, District Judge
United States District Court